# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company; and WINDMILL WELLNESS RANCH LLC, a Texas Limited Liability Company<br><br>Defendants. | Case No. 5:23-CV-00626<br><br>Honorable:<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## SUPPLEMENT TO COMPLAINT

Plaintiff Wave Neuroscience, Inc. ("Plaintiff") respectfully files this Supplement to Complaint, attaching hereto Exhibits 1-12, which are the exhibits to the Complaint (Dkt. No. 1).

DATED:  May 15, 2023         **GILLAM & SMITH, L.L.P.**

By:                /s/ Harry L. Gillam, Jr.

> Harry L. Gillam, Jr.
> State Bar No. 07921800
> J. Travis Underwood
> State Bar No. 24102587
> **GILLAM & SMITH, L.L.P.**
> 303 South Washington Avenue
> Marshall, Texas 75670
> Telephone:  (903) 934-8450
> Facsimile:  (903) 934-9257

1

COMPLAINT

2

Email: travis@gillamsmithlaw.com

**BUCHALTER**
A Professional Corporation
J. Rick Tache*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:  rtache@buchalter.com

* To apply *pro hac vice*

Attorneys for Plaintiff
WAVE NEUROSCIENCE, INC., a Delaware Corporation