# Exhibit 5

**US 8,926,490**

| Claim | Infringing Activity |
|---|---|
| **Claim 1** | |
| A system for treating depression in a subject comprising: | The preamble is not a limitation.  To the extent that Defendants assert that it is a limitation, the evidence appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a system for treating depression in a subject. <br><br>  <br> https://brainfrequency.ai/overview |

## Patient: "Jason"

**Valid Psychometric Assessments**

Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*\* Higher number represents more severe symptoms*

**SEVERE**    **MILD**    **NORMAL**

https://brainfrequency.ai/overview

## How do I know if I can integrate Brain Frequency™ into my clinic?

Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.

https://brainfrequency.ai/provider-faqs-1

**Who Can Benefit?**

- Major Depressive Disorder - MDD (we will serve those on an outpatient basis)
- Post Traumatic Stress PTS
- Anxiety
- Sleep Disorders
- Substance Abuse
- Addiction
- Concussion
- Traumatic Brain Injury
- Attention Deficity Hyperactivity Disorder - ADHD
- Autism Spectrum Disorder - ASD
- Menopause
- Cerebral Palsy - CP
- Alzheimers
- Other neurocognitive brain disorders

Imagine what this technology could do for you!

What possibilities would open if you could finally overcome your depression?

How would your life be different if you no longer had to deal with the limitations of anxiety?

https://windmillwellnessranch.com/our-program/brain-frequency

The below chart shows the improvement Brain Frequency™ delivers on a number of key metrics across a one month period:



| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

**Patient: "Jason"**
**Valid Psychometric Assessments**
Subjective

*Higher number represents more severe symptoms*

SEVERE    MILD    NORMAL

If you have questions or would like to schedule an assessment with us, reach out to our sister company, Brain Frequency™.

https://windmillwellnessranch.com/our-program/brain-frequency

| a magnetic field generator adapted to apply a magnetic field to a head of the subject, wherein the magnetic field generator comprises: | Information appearing on Brain Frequency's website, on Windmill Wellness Ranch's website using the Brain Frequency technology, and the TMS manufacturer website/product sheets confirm a magnetic field generator adapted to apply a magnetic field to a head of the subject. |
|---|---|

## Does this treatment hurt?

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

## Are there any risks?    ⌃

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

## Is the equipment safe?    ⌃

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

## What is Brain Frequency™?



https://brainfrequency.ai/overview

MagPro X100 Product Information Sheet, 03/23/2023.

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.

Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



"How Windmill Wellness Ranch uses Brain Frequency," https://windmillwellnessranch.com/our-program/brain-frequency.

We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

**All of our patients can opt for this revolutionary treatment through the Brain Frequency Center.**



"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.





Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.



| | |
|---|---|
| | MagVenture, 2022 Product Catalog, p. 30.<br><br><br><br>MagVenture, 2022 Product Catalog, p. 33. |
| a) a non-transitory computer readable medium containing a subject data value comprising<br>i) a first intrinsic frequency of a brain of the subject within a specified EEG band,<br>ii) a Q-factor of the first intrinsic frequency,<br>iii) a coherence value of a second intrinsic frequency and a third intrinsic frequency, wherein the second and third intrinsic frequencies are from two different sites in the brain of the subject within the specified EEG band, or<br>iv) an EEG phase between two sites in the brain of the subject of a specified EEG frequency, wherein the two sites are different; and | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a computer readable medium containing a subject data value comprising a first intrinsic frequency of a brain of the subject within a specified EEG band.<br><br>**BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY<br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |



## FIRST

An Electroencephalogram (EEG) is performed to analyze brain waves and produce a brain map identifying current and optimal frequencies in **19 areas of the brain**.

**LEARN MORE ABOUT OUR EEG & INDIVIDUALIZED BRAIN MAPPING**

## SECOND

Based on the individualized brain map, Brain Frequency™ will identify possible diagnosis of various **mental health disorders** for the provider to consider during treatment.

**LEARN MORE ABOUT MENTAL HEALTH DISORDERS**

## THIRD

Using personalized protocols, Brain Frequency™ AI software provides clinicians with an **"Approval Ready"** treatment plan based on each patient's specific needs.

**LEARN MORE ABOUT OUR TREATMENT PROCESS**

https://brainfrequency.ai/why-are-we-different%3F-1

## BRAIN FREQUENCY™

Our Program / Brain Frequency™

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

> Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.
>
> Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

https://windmillwellnessranch.com/our-program/brain-frequency



Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

https://windmillwellnessranch.com/our-program/brain-frequency

| | |
|---|---|
| b) a processor configured to control the magnetic field based on said subject data value, wherein the magnetic field is configured to i) move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field, ii) move the Q-factor of the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using the magnetic field, iii) move the coherence value by applying the magnetic field and a second magnetic field that is asynchronous with the magnetic field close to the head of the | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a processor configured to control the magnetic field based on said subject data value, wherein the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.<br><br>## BRAIN MAPPING<br><br>**Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:**<br><br>**CONTACT US TODAY**<br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

subject and reducing the coherence value, or by applying the magnetic field and the second magnetic field that is synchronized with the magnetic field close to the head of the subject and raising the coherence value, or iv) move the EEG phase of the specified EEG frequency, wherein the magnetic field comprises a first magnetic field that is in-phase with the second magnetic field or a first magnetic field that is out of phase with the second magnetic field; and

# WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

## How will I track my progress? ⌃

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

## Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process



Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

https://windmillwellnessranch.com/our-program/brain-frequency

| | |
|---|---|
| wherein the magnetic field increases the blood flow of a cortex of the brain or decreases the blood flow of a lower region of the brain. | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a magnetic field increases blood flow of a cortex of the brain or decreases the blood flow of a lower region of the brain.

## What is Brain Frequency™?



https://brainfrequency.ai/overview

Video on Brain Frequency's website states that brain frequency over time re-engages the inactive signals and allows them to begin firing and reconnecting properly and at the proper frequency resulting in a balanced brain. |

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



https://windmillwellnessranch.com/our-program/brain-frequency

Video on Windmill Wellness Ranch's website states that brain frequency over time re-engages the inactive signals and allows them to begin firing and reconnecting properly and at the proper frequency resulting in a balanced brain.

## Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,

| | https://brainfrequency.ai/treatment-process |
|---|---|

**US 9,015,057**

| Claim | Infringing Activity |
|---|---|
| **Claim 14** | |
| A device comprising, | The preamble is not a limitation.  To the extent that Defendants assert that it is a limitation, the evidence appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a device. |
| (a) a magnetic field generator operable to apply a magnetic field at one or more frequencies between about 2 Hz and 50 Hz to a brain of a subject | Information appearing on Brain Frequency's website, on Windmill Wellness Ranch's website using the Brain Frequency technology, and on the TMS manufacturer's website and product sheets confirm a magnetic field generator operable to apply a magnetic field at one or more frequencies between about 2 Hz and 50 Hz to a brain of a subject.<br><br>Does this treatment hurt?                                    ^<br><br>No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.<br><br>https://brainfrequency.ai/patient-faqs<br><br>Are there any risks?                                    ^<br><br>Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.<br><br>https://brainfrequency.ai/patient-faqs |

# BRAIN MAPPING

**Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:**

CONTACT US TODAY

https://brainfrequency.ai/why-are-we-different%3F-1

## What is Brain Frequency™?



https://brainfrequency.ai/overview



**MagVenture**
Research. Treatment. Results.

### MAGPRO X100
Biphasic, Monophasic, Biphasic Burst (Theta Burst)

The MagPro X100 is a high performance magnetic stimulator designed primarily for research. It can provide both biphasic and monophasic pulse waveforms, electronically reverse current direction, complex pulse firing patterns, and high frequency stimulation up to 100 Hz. The device allows for storage of multiple stimulator setups, external control, and heat tolerance when performing intense, focused, and repeated protocols. Supports all clinical protocols, research, and diagnostic usage.

**Contact**
Website: www.magventure.com
Email: info@magventure.com

| Max repetition rate | Pulse mode |
|---|---|
| 100 pps, 250 pps | Standard |
| **Waveform** | **Current direction** |
| Biphasic, Monophasic, Biphasic Burst (Theta Burst) | Normal, Reverse |
| **Ramp up** | |
| Yes | |

**Intended use**

**Diagnostic Use** The MagPro X100 is intended as an electro-physiological aid to assess diagnosis and to monitor diseases of the central and peripheral nervous system, based on the use of Motor Evoked Potentials (MEP). **Therapeutic Use** Treatment of Major Depressive Disorder in adult patients who have failed to achieve satisfactory improvement from two prior antidepressant medications, at or above the minimal effective dose and duration in the current episode

| Mechanical Data | |
|---|---|
| HxWxD | 210x530x400 mm/ 8.3x20.9x15.7 in MagOption: 130 x 530 x 400mm/5.1x20.8x15.7 |
| Weight | Stimulator: 30 kg /84 lbs MagOption: 28kg/62lbs |

| Environmental Data | |
|---|---|
| Operating temperature | 10-30°C/50-86°F |
| Storage temperature | 5-50°C/41-122°F |
| Operating humidity | 30-60% RH |
| Storage humidity | 20-80% RH |

| Power Supply | |
|---|---|
| Mains voltage | 230V~,50/60 Hz according to IEC 60601-1 |
| Maximum power consumption | 2700 VA, operation from 100V~ or 120V~ through transformer |

| Ordering number | |
|---|---|
| 9016E0711 | |

MagPro X100 Product Information Sheet, 03/23/2023.

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.

Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



"How Windmill Wellness Ranch uses Brain Frequency," https://windmillwellnessranch.com/our-program/brain-frequency.

We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

**All of our patients can opt for this revolutionary treatment through the Brain Frequency Center.**



"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.





Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.



| | MagVenture, 2022 Product Catalog, p. 30. |
|---|---|
| wherein the brain comprises an intrinsic frequency within a specified EEG band and | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms an intrinsic frequency within a specified EEG band. <br><br> # BRAIN MAPPING <br><br> **Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:** <br><br> **CONTACT US TODAY** <br><br> https://brainfrequency.ai/why-are-we-different%3F-1 <br><br>  Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain. <br><br> An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity. <br><br> An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes. <br><br> As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results. <br><br> We are seeing a trend in EEG's in patients with addiction and alcoholism. The EEG leads in FP1 – the attention area of the brain and FP2- Judgement (Restraint of Impulses) have little or no wave activity. We've had incredible results treating these areas on chronic addiction patients. <br><br> https://windmillwellnessranch.com/our-program/brain-frequency |
| wherein the magnetic field is configured to move a Q-factor of the | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology |

| intrinsic frequency up, down, or toward a pre-selected Q-factor; and | confirms the magnetic field is configured to move a Q-factor of the intrinsic frequency up, down, or toward a pre-selected Q factor. |
|---|---|
| |  |
| | https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653 |

### Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

| | |
|---|---|
| |  Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.<br><br>An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.<br><br>An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.<br><br>As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.<br><br>We are seeing a trend in EEG's in patients with addiction and alcoholism. The EEG leads in FP1 – the attention area of the brain and FP2- Judgement (Restraint of Impulses) have little or no wave activity. We've had incredible results treating these areas on chronic addiction patients.<br><br>https://windmillwellnessranch.com/our-program/brain-frequency |
| (b) a controller subunit that controls at least one of: applying the magnetic field, and applying treatments to the subject. | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms a controller subunit that controls at least one of: applying the magnetic field, and applying treatments to the subject.<br><br>**How Can Brain Frequency™ Benefit My Practice?**<br><br>Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.<br><br>https://brainfrequency.ai/affiliate-program |

## Is the equipment safe? ^

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

[https://brainfrequency.ai/provider-faqs-1](https://brainfrequency.ai/provider-faqs-1)





Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

"Brain Frequency for Substance Use Disorder" video at [https://windmillwellnessranch.com/our-program/brain-frequency](https://windmillwellnessranch.com/our-program/brain-frequency).

**US 10,029,111**

| Claim | Infringing Activity |
|---|---|
| **Claim 1** | |
| A method of improving a physiological condition or a neuropsychiatric condition of a mammal which comprises | The preamble is not a limitation.  To the extent that Defendants assert that it is a limitation, the evidence appearing on Brain Frequency's website on Windmill Wellness Ranch's website using the Brain Frequency technology, and on the TMS manufacturer's website and product sheets confirms a method of improving a physiological condition or a neuropsychiatric condition is performed.<br><br>**BRAIN HEALTH & WELLNESS**<br><br>**MENTAL HEALTH DISORDERS**<br><br>• **Trauma & Stressor-Related**<br>• **Impulse Control & Conduct**<br>• **Schizophrenia & Psychotic**<br>• **Obsessive-Compulsive**<br>• **Substance & Addictive**<br>• **Neurodevelopmental**<br>• **Somatic Symptom**<br>• **Feeding & Eating**<br>• **Neurocognitive**<br>• **Dissociative**<br>• **Sleep-Wake**<br>• **Personality**<br>• **Depressive**<br>• **Anxiety**<br>• **Bipolar**<br>• **ADHD**<br>• **PTSD**<br><br>https://brainfrequency.ai/overview |

# PREDICTIVE DIAGNOSTICS

Brain Frequency™ AI software's predictive and diagnostic analytics, assists healthcare professionals by improving diagnosis efficiency, treatment accuracy, and patient experience.

Our proprietary science-based technology and individualized treatment protocols, help to improve brain health and wellness by decreasing or eliminating symptoms of trauma related conditions and various mental health disorders. The Brain Frequency™ system promotes optimum brain functioning across cognitive, sensory, social-emotional, behavioral, and motor domains.



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

# SUBSTANCE USE DISORDERS



Substance abuse affects the frontal cortex of the brain controlling judgement and impulsivity. Data analyzation has determined those who chronically relapse have little to no movement in this area. After Brain Frequency treatments, patients experienced functional improvement of the frontal cortex resulting in a 28% increase in continued abstinence.

https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

## Patient: "Jason"
### Valid Psychometric Assessments
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*Higher number represents more severe symptoms*

| SEVERE | MILD | NORMAL |

https://brainfrequency.ai/overview

## How do I know if I can integrate Brain Frequency™ into my clinic?

Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.

https://brainfrequency.ai/provider-faqs-1

**Who Can Benefit?**

- Major Depressive Disorder - MDD (we will serve those on an outpatient basis)
- Post Traumatic Stress PTS
- Anxiety
- Sleep Disorders
- Substance Abuse
- Addiction
- Concussion
- Traumatic Brain Injury
- Attention Deficity Hyperactivity Disorder - ADHD
- Autism Spectrum Disorder - ASD
- Menopause
- Cerebral Palsy - CP
- Alzheimers
- Other neurocognitive brain disorders

Imagine what this technology could do for you!

What possibilities would open if you could finally overcome your depression?

How would your life be different if you no longer had to deal with the limitations of anxiety?

https://windmillwellnessranch.com/our-program/brain-frequency

| | |
|---|---|
| subjecting the mammal to repetitive transcranial magnetic stimulation (rTMS) | Information appearing on Brain Frequency's website, on an affiliate's website using the Brain Frequency technology, and on the TMS manufacturer's website confirm that a human is subjected to rTMS. |

## Does this treatment hurt?

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

## Are there any risks?

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

## How Can Brain Frequency™ Benefit My Practice?

**Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.**

https://brainfrequency.ai/affiliate-program

## Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

## What is Brain Frequency™?



https://brainfrequency.ai/overview

MagPro X100 Product Information Sheet, 03/23/2023.

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.

Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



"How Windmill Wellness Ranch uses Brain Frequency," https://windmillwellnessranch.com/our-program/brain-frequency.

We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

**All of our patients can opt for this revolutionary treatment through the Brain Frequency Center.**



"Brain Frequency for Substance Use Disorder" video at
https://windmillwellnessranch.com/our-program/brain-frequency.





Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.



| | MagVenture, 2022 Product Catalog, p. 30. |
|---|---|
| | <br><br>MagVenture, 2022 Product Catalog, p. 33. |
| at a frequency of a non-EEG biological metric, or an harmonic or sub-harmonic of said non-EEG biological metric, | Information appearing on the Brain Frequency page of the Windmill Wellness website confirms at a frequency of a non-EEG biological metric, or an harmonic or sub-harmonic of said non-EEG biological metric.<br><br> Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.<br><br>An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.<br><br>An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.<br><br>As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.<br><br>We are seeing a trend in EEG's in patients with addiction and alcoholism. The EEG leads in FP1 – the attention area of the brain and FP2- Judgement (Restraint of Impulses) have little or no wave activity. We've had incredible results treating these areas on chronic addiction patients.<br><br>https://windmillwellnessranch.com/our-program/brain-frequency |

## How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

## Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

| | |
|---|---|
| wherein the mammal is a human. | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms human subjects. |



<https://brainfrequency.ai/overview>

If you have questions or would like to schedule an assessment with us, reach out to our sister company, Brain Frequency™.

Brain Frequency has helped UFC Champion Chuck Liddell:



The graph below displays the marked improvement in psychometric scores across 1,468 assessments:

https://windmillwellnessranch.com/our-program/brain-frequency

US 11,311,741

| Claim | Infringing Activity |
|---|---|
| **Claim 1** | |
| A method of treating anxiety in a subject, comprising: | The preamble is not a limitation.  To the extent that Defendants assert that it is a limitation, the evidence appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms treating anxiety in a subject. |

BRAIN HEALTH & WELLNESS

MENTAL HEALTH DISORDERS

- Trauma & Stressor-Related
- Impulse Control & Conduct
- Schizophrenia & Psychotic
- Obsessive-Compulsive
- Substance & Addictive
- Neurodevelopmental
- Somatic Symptom
- Feeding & Eating
- Neurocognitive
- Dissociative
- Sleep-Wake
- Personality
- Depressive
- Anxiety
- Bipolar
- ADHD
- PTSD

https://brainfrequency.ai/overview

### Patient: "Jason"
**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*\* Higher number represents more severe symptoms*

SEVERE    MILD    NORMAL

https://brainfrequency.ai/overview

## How do I know if I can integrate Brain Frequency™ into my clinic?

Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.

https://brainfrequency.ai/provider-faqs-1

**Who Can Benefit?**

- Major Depressive Disorder - MDD (we will serve those on an outpatient basis)
- Post Traumatic Stress PTS
- Anxiety
- Sleep Disorders
- Substance Abuse
- Addiction
- Concussion
- Traumatic Brain Injury
- Attention Deficity Hyperactivity Disorder - ADHD
- Autism Spectrum Disorder - ASD
- Menopause
- Cerebral Palsy - CP
- Alzheimers
- Other neurocognitive brain disorders

Imagine what this technology could do for you!

What possibilities would open if you could finally overcome your depression?

How would your life be different if you no longer had to deal with the limitations of anxiety?

https://windmillwellnessranch.com/our-program/brain-frequency



The below chart shows the improvement Brain Frequency™ delivers on a number of key metrics across a one month period:

### Patient: "Jason"
**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*\* Higher number represents more severe symptoms*

| SEVERE | MILD | NORMAL |

If you have questions or would like to schedule an assessment with us, reach out to our sister company, Brain Frequency™.

https://windmillwellnessranch.com/our-program/brain-frequency

| | |
|---|---|
| (a) adjusting output of a magnetic field for influencing a Q-factor of an intrinsic frequency within a specified EEG band acquired from the subject toward a pre-selected Q-factor; and | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms adjusting output of a magnetic field for influencing a Q-factor of an intrinsic frequency within a specified EEG band acquired from the subject toward a pre-selected Q factor. |

# BRAIN MAPPING

**Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:**

**CONTACT US TODAY**

https://brainfrequency.ai/why-are-we-different%3F-1

## Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

## BRAIN FREQUENCY™

Our Program / Brain Frequency™

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

> Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.
>
> Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

https://windmillwellnessranch.com/our-program/brain-frequency

<table>
<tr><td></td><td>


Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

https://windmillwellnessranch.com/our-program/brain-frequency
</td></tr>
<tr><td>(b) applying said magnetic field close to a head of the subject; and</td><td>
Information appearing on Brain Frequency's website, on Windmill Wellness Ranch's website using the Brain Frequency technology, and on the TMS manufacturer's website and product sheets confirm applying said magnetic field close to a head of the subject.

## Does this treatment hurt?                                        ⌃

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

## Are there any risks?                                             ⌃

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers, spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs
</td></tr>
</table>

## How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

## Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

### What is Brain Frequency™?



https://brainfrequency.ai/overview



MagPro X100 Product Information Sheet, 03/23/2023.

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

> Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.
>
> Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



"How Windmill Wellness Ranch uses Brain Frequency," https://windmillwellnessranch.com/our-program/brain-frequency.

We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

**All of our patients can opt for this revolutionary treatment through the Brain Frequency Center.**



"Brain Frequency for Substance Use Disorder" video at
https://windmillwellnessranch.com/our-program/brain-frequency.





Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

"Brain Frequency for Substance Use Disorder" video at https://windmillwellnessranch.com/our-program/brain-frequency.



| | MagVenture, 2022 Product Catalog, p. 30.  MagVenture, 2022 Product Catalog, p. 33. |
|---|---|
| (c) influencing with the applied said magnetic field the Q-factor of the intrinsic frequency within the specified EEG band of the subject toward the pre-selected Q-factor. | Information appearing on Brain Frequency's website and on Windmill Wellness Ranch's website using the Brain Frequency technology confirms influencing with the applied said magnetic field the Q-factor of the intrinsic frequency within the specified EEG band of the subject toward the pre-selected Q-factor.<br><br>**BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY<br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

## Treatment Overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

## BRAIN FREQUENCY™

Our Program / Brain Frequency™

Windmill Wellness Ranch is unlike any other treatment center in that we are the only one to incorporate the innovative Brain Frequency technology as part of our treatment protocol.

Also featured on the Gladden Longevity Podcast, listen in for an in-depth discussion of why this technology is so revolutionary.

Listen to Episode 40

The Brain Frequency™ system is an incredible alternative to medications that has helped countless individuals suffering with substance use disorder achieve lasting sobriety. The video below explains:



We know this sounds like this is too good to be true, but it is not. We have seen it, and it works. We believe that transformation in recovery involves both individualized treatment of the brain, as well as, treatment for the mind and spirit.

https://windmillwellnessranch.com/our-program/brain-frequency



Brain Frequency™ induces neuromodulation. Neuromodulation is the process of resetting the brain frequency to the same rate in all functional areas of the brain.

An electroencephalogram (EEG) measures electrical patterns of the brain. These patterns reflect cortical activity and are commonly known as brainwaves. We use quantitative EEG (q-EEG), also referred to as brain mapping, and an electrocardiogram (EKG) which maps the electrical activity of the heart, to further understand an individual's brain activity.

An EEG reflects the current metabolic and attention state of the brain, changing according to consciousness, alertness, and neurological state. Obtaining an EEG recording is painless and non-invasive, and takes about 20 minutes.

As every EEG is unique and tied to the individual, we're able to customize our approach to therapy with the goal of delivering the best results.

https://windmillwellnessranch.com/our-program/brain-frequency