# Exhibit 7





# Special Operations Care Fund (SOC-F) and Tomahawk Charitable Solutions to Support Leader in Neurotherapeutics to Provide Breakthrough Treatment Technology for Special Operations Veterans

September 04, 2019 02:16 PM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--Special Operations Care Fund (SOC-F), Tomahawk Charitable Solutions (TCS), and Brain Treatment Center San Diego (BTC San Diego) are pleased to announce their collaboration for BTC San Diego to offer an innovative and promising treatment modality for special operations military service members for traumatic brain injury (TBI) and Post-traumatic Stress (PTS).

The dynamic collaboration between SOC-F, TCS, and BTC San Diego offers a unique opportunity for service members struggling with symptoms such as lack of focus, chronic sleep disruption, and cognitive fog. Over the next 18 months, this collaboration will facilitate treatment by BTC San Diego of Special Operations Forces (SOF) veterans. SOC-F and TCS will bring valuable resources to support BTC San Diego's pioneering work with the military community, and they are excited for the transformative opportunities the collaboration will bring to those who served.

Over the past six years, BTC San Diego has used Magnetic EEG/EKG-guided Resonance Therapy (MeRT$^{SM}$) to help military service members and is conducting clinical trials with the Department of Defense and US Special Operations Command. MeRT$^{SM}$ is a patented process that uses computational neuroanalytics to build a personalized treatment protocol aimed at restoring each individual's neurological health. This process takes approximately 30 minutes per day over a 4-6 week period. MeRT$^{SM}$ was developed by Wave Neuroscience (Wave Neuro) – a leader in the non-invasive neuromodulation space.

Here is what service members who have completed MeRT at Brain Treatment Center say about the treatment:

**SOF, USMC Veteran:**

"Within 4 days of being treated, I was sleeping through the night. My anger had subsided significantly, and I was smiling and enjoying things again. I was able to focus and concentrate on information much more efficiently and easily, and did not get lost in conversation as I had prior to coming here. My chronic headaches had ceased, my balance was returning, and my ringing in my ears, (tinnitus) had also ceased."

**SOF, US Navy Veteran:**

"Besides offering the most effective treatment I've experienced, the BTC and MeRT promise to accelerate results that might take months or years through traditional treatments. I feel like BTC reintroduced me to the person I can be, and put me back in control."

"After my 6th treatment, I slept 8 hours straight, I usually averaged 3-5 hours max. In the morning it felt like a light bulb turned on in my head… clarity of thought that I haven't experienced in years."

To make a donation in support of service members in need, please visit or http://www.soc-f.org (EIN: 46-3326489) or http://www.tomahawkcharitablesolutions.org (EIN: 82-1606687).

For inquires on becoming a participant, please visit www.braintreatmentcenter.com/SOF

**About SOC-F:**

The Special Operations Care Fund is a non-profit entity organized under section 501(c)(3) of the Internal Revenue Code, managed and staffed entirely by unpaid volunteers. SOC-F provides no medical or other professional services; rather, its mission is to connect generous-hearted and patriotic individuals and companies with members of the SOF community who have need for assistance that may not be provided from other sources.

**About TCS:**

Tomahawk Charitable Solutions (TCS) is a 501(c)3 non-profit organization that supports the immediate and ongoing needs for the Special Operations Forces (SOF), Military and Law Enforcement communities including their families. Through our events and related fundraising, we generate funds that TCS allocates to a select number of organizations that we have carefully vetted and can personally vouch for their highly efficient and honorable utilization of charitable funds.

Our focus on the Military and Law Enforcement communities is to provide financial assistance for urgent and ongoing needs. Additionally, we focus on supporting families during and after the fight.

Tomahawk Strategic Solutions takes on the Managing Director's and other administrative overhead costs in order to run this amazing foundation.

# Contacts
Jon Warren
Phone: 949-851-3086
Mobile: 949-456-5321