# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company; WINDMILL WELLNESS RANCH LLC, a Texas Limited Liability Company<br><br>　　　　Defendants. | Case No. 5:23-CV-00626 |

## PLAINTIFF WAVE NEUROSCIENCE, INC.'S CORPORATE DISCLOSURE STATEMENT

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wave Neuroscience, Inc., ("Plaintiff") states that Plaintiff is not owned by any parent corporation, and no publicly held company owns 10% or more of Plaintiff's stock.

DATED: May 15, 2023　　　　　　**GILLAM & SMITH, L.L.P.**

By:　　　　　　　　　　　　　　*/s/ Harry L. Gillam, Jr.*

　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　State Bar No. 07921800
　　　　　　　　　　　　　　　　J. Travis Underwood
　　　　　　　　　　　　　　　　State Bar No. 24102587
　　　　　　　　　　　　　　　　**GILLAM & SMITH, L.L.P.**
　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　Email: travis@gillamsmithlaw.com

2

**BUCHALTER**
A Professional Corporation
J. Rick Tache*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:  rtache@buchalter.com

* To apply *pro hac vice*

Attorneys for Plaintiff
WAVE NEUROSCIENCE, INC., a Delaware Corporation