# EXHIBIT 5

Exhibit 5 to Second Amended Complaint

# US 8,926,490

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| **1. A system for treating depression in a subject comprising:** | The preamble is not a limitation.  To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, provides, sells, and induces the infringing use by customers of a system for treating depression in a subject according to claim 1.[1] |



https://brainfrequency.ai/overview

---

[1] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 1** | **Infringing Activity** |
|---|---|



https://brainfrequency.ai/overview

### How do I know if I can integrate Brain Frequency™ into my clinic?

Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.

https://brainfrequency.ai/provider-faqs-1

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| |  https://brainfrequencydallas.com/welcome1 <br><br> **OUR TECHNOLOGY** <br> We utilize a variety of technologies to support and regenerate the brain. Brain Frequency (iTMS), EEG's, neurofeedback, audio visual entrainment, and neurocogntive testing to name a few. These technologies help us to better understand the brain and develop personalized treatment plans for you. <br><br> https://energy4lifecenters.com/brain-health/ |
| **a magnetic field generator adapted to apply a magnetic field to a head of the subject, wherein the** | Information appearing on Brain Frequency's website, and the TMS manufacturer website/product sheets confirm a magnetic field generator adapted to apply a magnetic field to a head of the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| **magnetic field generator comprises:** | |

### Does this treatment hurt?

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

### Are there any risks?

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/overview



MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 1** | **Infringing Activity** |
| --- | --- |



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | **Infringing Activity** |
|---|---|
| | MagVenture, 2022 Product Catalog, p. 30. |



MagVenture, 2022 Product Catalog, p. 33.

Customer websites also describe application of frequencies (magnetic fields) to the head of a subject.  See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| | |
|---|---|
| **a) a non-transitory computer readable medium containing a subject data value comprising**<br>**i) a first intrinsic frequency of a brain of the subject within a specified EEG band,**<br>**ii) a Q-factor of the first intrinsic frequency,**<br>**iii) a coherence value of a second intrinsic frequency and a third intrinsic frequency, wherein the second and third intrinsic frequencies are from two different sites in the brain of the subject within the specified EEG band, or** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms a non-transitory computer readable medium containing a subject data value comprising a first intrinsic frequency of a brain of the subject within a specified EEG band.

## BRAIN MAPPING

Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:

**CONTACT US TODAY**

https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| **iv) an EEG phase between two sites in the brain of the subject of a specified EEG frequency, wherein the two sites are different; and** | <br><br>https://brainfrequency.ai/why-are-we-different%3F-1<br><br>Customer websites confirm the use of systems that include non-transitory computer readable medium containing subject data values (e.g., brain mapping," and "brain optimization").  See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |
| **b) a processor configured to control the magnetic field based on said subject data value, wherein the magnetic field is configured to i) move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field, ii) move the Q-factor of the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using the magnetic field,** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms a processor configured to control the magnetic field based on said subject data value, wherein the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.<br><br>**BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| iii) move the coherence value by applying the magnetic field and a second magnetic field that is asynchronous with the magnetic field close to the head of the subject and reducing the coherence value, or by applying the magnetic field and the second magnetic field that is synchronized with the magnetic field close to the head of the subject and raising the coherence value, or iv) move the EEG phase of the specified EEG frequency, wherein the magnetic field comprises a first magnetic field that is in-phase with the second magnetic field or a first magnetic field that is out of phase with the second magnetic field; and | https://brainfrequency.ai/why-are-we-different%3F-1<br><br>**WHAT ARE BRAIN WAVE FREQUENCIES?**<br><br>**BETA (12 hz - 27 hz):**<br><br>• **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.<br><br>**ALPHA (8 hz - 12 hz):**<br><br>• **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.<br><br>https://brainfrequency.ai/eeg-%26-assessments<br><br>**What does the treatment process look like?**<br><br>After confirming candidacy for treatment, your appointments will look like the following:<br><br>• **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.<br>• **Treatment #1:** Details on the treatment process, Q&A; about 45 min.<br>• **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.<br>• **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.<br><br>You will complete this same process for each set of treatments.<br><br>https://brainfrequency.ai/patient-faqs |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|



https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|
| | Customer websites confirm the use of systems that include a processor configured to control the magnetic field based on said subject data value, (e.g., "brain mapping," and "brain optimization"). See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |

The Brain Frequency Center website confirms that the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

In a podcast, Brain Frequency founder and member Shannon Malish further confirms that the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.

*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80)

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 1** | **Infringing Activity** |
|---|---|
| **wherein the magnetic field increases the blood flow of a cortex of the brain or decreases the blood flow of a lower region of the brain.** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms a magnetic field increases blood flow of a cortex of the brain or decreases the blood flow of a lower region of the brain. <br><br>  <br><br> https://brainfrequency.ai/overview <br><br>  <br><br> "The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session." <br><br> "Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process <br><br> Customer websites confirm the use of systems that include wherein the magnetic field increases the blood flow of a cortex of the brain or decreases the blood flow of a lower region of the brain, (e.g., "brain mapping," and "brain optimization"). |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 1 | Infringing Activity |
|---|---|



https://thebiomedcenter.com/about/#loc_slide1

See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| US 8,926,490, Claim 8 | Infringing Activity |
|---|---|
| The system of claim 1, further comprising logic configured to automatically change the intrinsic frequency in response to EEG | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms a processor configured to automatically change the intrinsic frequency in response to EEG readings of a subject during treatment. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 8 readings of a subject during treatment. | Infringing Activity |
|---|---|



https://brainfrequency.ai/why-are-we-different%3F-1



https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 8** | **Infringing Activity** |
|---|---|

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 8** | **Infringing Activity** |
|---|---|



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

Customer websites confirm the use of systems that include a processor configured to automatically change the intrinsic frequency in response to EEG readings of a subject during treatment. (e.g., "brain mapping," and "brain optimization"). See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/

The Brain Frequency Center website confirms that the magnetic field is configured to automatically change the intrinsic frequency in response to EEG readings of a subject during treatment.

Exhibit 5 to Second Amended Complaint

---

| **US 8,926,490, Claim 8** | **Infringing Activity** |



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

In a podcast, Brain Frequency founder and member Shannon Malish further confirms that the magnetic field is configured to automatically change the intrinsic frequency in response to EEG readings of a subject during treatment.

*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80)

---

| **US 8,926,490, Claim 9** | **Infringing Activity** |
| --- | --- |
| **The system of claim 1, further comprising logic configured to calculate the subject data value from EEG data collected from the subject.** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms logic configured to calculate the subject data value from EEG data collected from the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 9 | Infringing Activity |
|---|---|



https://brainfrequency.ai/why-are-we-different%3F-1



https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 9 | Infringing Activity |
|---|---|

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress?                                          ^

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 9 | Infringing Activity |
| --- | --- |



"The EEG uncovers areas of low energy and with that information we can "specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

Customer websites confirm logic configured to calculate the subject data value from EEG data collected from the subject (e.g., "brain mapping," and "brain optimization"). See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

The Brain Frequency Center website confirms logic configured to calculate the subject data value from EEG data collected from the subject.

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 9 | Infringing Activity |
|---|---|
| |  https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd |

| US 8,926,490, Claim 10 | Infringing Activity |
|---|---|
| The system of claim 1, further comprising: (a) a first electrode operable to detect electrical brain activity; and (b) a second electrode operable to detect a reference signal; wherein the first electrode is adapted to be located on the subject in at least one of: an area of low electrical resistivity on said subject, and an area with substantially no electrical impulse interference on said subject, and wherein the second electrode is adapted to be located on the subject. | Information appearing on Brain Frequency's website confirms a first electrode operable to detect electrical brain activity; and (b) a second electrode operable to detect a reference signal; wherein the first electrode is adapted to be located on the subject in at least one of: an area of low electrical resistivity on said subject, and an area with substantially no electrical impulse interference on said subject, and wherein the second electrode is adapted to be located on the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 10 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/why-are-we-different%3F-1



https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 10 | Infringing Activity |
|---|---|

### What does the treatment process look like?

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress? ^

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



**BRAIN MAPPING**

Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:

CONTACT US TODAY

https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

# US 10,029,111

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|
| **A method of improving a physiological condition or a neuropsychiatric condition of a mammal which comprises** | The preamble is not a limitation. To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai), on the TMS manufacturer's website and product sheets, and on customer websites regarding using the Brain Frequency technology confirms that Defendant induces the infringing use by customers of a method of improving a physiological condition or a neuropsychiatric condition according to claim 1.[2]<br><br><br><br>https://brainfrequency.ai/overview |

---

[2] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

## SUBSTANCE USE DISORDERS



Substance abuse affects the frontal cortex of the brain controlling judgement and impulsity. Data analyzation has determined those who chronically relapse have little to no movement in this area. After Brain Frequency treatments, patients experienced functional improvement of the frontal cortex resulting in a 28% increase in continued abstinence.

https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

### Patient: "Jason"
**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
| --- | --- | --- | --- |
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*Higher number represents more severe symptoms*

| SEVERE | MILD | NORMAL |
| --- | --- | --- |

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|

https://brainfrequency.ai/overview



https://brainfrequencydallas.com/welcome1

Customer websites confirm that they use the Brain Frequency technology and methods. See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

Exhibit 5 to Second Amended Complaint

| **US 10,029,111, Claim 1** | **Infringing Activity** |
| --- | --- |
| **subjecting the mammal to repetitive transcranial magnetic stimulation (rTMS)** | Information appearing on Brain Frequency's website, on an affiliate's website using the Brain Frequency technology, and on the TMS manufacturer's website confirm that a human is subjected to rTMS. |

### Does this treatment hurt? ∧

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

### Are there any risks? ∧

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|



https://brainfrequency.ai/provider-faqs-1



https://brainfrequency.ai/overview

MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

| **US 10,029,111, Claim 1** | **Infringing Activity** |
| --- | --- |



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page:
https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page:
https://www.youtube.com/watch?v=ZT4CgJxgb5c.

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | **Infringing Activity** |
| --- | --- |



MagVenture, 2022 Product Catalog, p. 30.



MagVenture, 2022 Product Catalog, p. 33.

Customer websites confirm that they use the Brain Frequency technology and methods. See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| at a frequency of a non-EEG biological metric, or an harmonic or sub-harmonic of said non-EEG biological metric, | Information appearing on the Brain Frequency website confirms at a frequency of a non-EEG biological metric, or an harmonic or sub-harmonic of said non-EEG biological metric. |
| --- | --- |

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|



**How Can Brain Frequency™ Benefit My Practice?**

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

**Treatment Overview**

"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

A patent application that names Shannon Malish, founder and member of Brain Frequency as an inventor (Appl. No.: 17/811,053; Pub. No. US 2022/0355125 A1; the "'125 Publication") confirms at a frequency of a non-EEG biological metric, or an harmonic or sub-harmonic of said non-EEG biological metric.

"Specifically, a Target Frequency is an Alpha wave frequency at which a subject's brain should be operating optimally in maximum of the EEG channels when functioning normally. A Target Frequency may be about 7 Hz-13 Hz, about 8-12 Hz, about 9-11 Hz, or the like. Optionally, the

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|
| | Target Frequency for a subject may be determined by taking the average PSD values across all EEG channels and aligning this average with the nearest Heart Rate Frequency (as discussed below with respect to FIGS. 9A and 9B)." '125 Publication, paragraph [0036].<br><br>"As such the treatment protocols are determined to move the Homeostatic frequency 903 (and/or the Greatest Frequency of each channel) towards the Target Frequency 904. Optionally, a heart rate artifact (902) may be observed and discarded if the peak frequencies for all or substantially all of the channels are aligned with a heart rate peak. Such heart rate artifacts may be indicative of a strong heartrate that appears to be overtaking the EEG." '125 Publication, paragraph [0171].<br><br>"Similarly, in FIG. 9B two homeostatic frequencies 914 (about 8.5 Hz) and 916 (about 10.9) are observed which are between 8-12 Hz. As such, the Target Frequency is determined as the heart rate peak 916 (e.g., about 9.5 Hz) that lies between 914 and 916." '125 Publication, paragraph [0172].<br><br>"This new treatment protocol continues for two rounds of 10 treatments which may include adjustment in the frequency depending on the EEG and alignment of all leads with the heart rate (A2 lead). On this protocol, only one treatment occurs over 24 hours." '125 Publication, paragraph [0184]. |
| wherein the mammal is a human. | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms human subjects. |



https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 1 | Infringing Activity |
|---|---|
| | Customer websites confirm that they use the Brain Frequency technology and methods.  See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |

| US 10,029,111, Claim 2 | Infringing Activity |
|---|---|
| **The method of claim 1 wherein the non-EEG biological metric is heart rate, respiratory rate, gastrointestinal movement rate.** | The '125 Publication confirms the non-EEG biological metric is heart rate, respiratory rate, gastrointestinal movement rate.

"Specifically, a Target Frequency is an Alpha wave frequency at which a subject's brain should be operating optimally in maximum of the EEG channels when functioning normally. A Target Frequency may be about 7 Hz-13 Hz, about 8-12 Hz, about 9-11 Hz, or the like. Optionally, the Target Frequency for a subject may be determined by taking the average PSD values across all EEG channels and aligning this average with the nearest Heart Rate Frequency (as discussed below with respect to FIGS. 9A and 9B)." '125 Publication, paragraph [0036].

"As such the treatment protocols are determined to move the Homeostatic frequency 903 (and/or the Greatest Frequency of each channel) towards the Target Frequency 904. Optionally, a heart rate artifact (902) may be observed and discarded if the peak frequencies for all or substantially all of the channels are aligned with a heart rate peak. Such heart rate artifacts may be indicative of a strong heartrate that appears to be overtaking the EEG." '125 Publication, paragraph [0171].

"Similarly, in FIG. 9B two homeostatic frequencies 914 (about 8.5 Hz) and 916 (about 10.9) are observed which are between 8-12 Hz. As such, the Target Frequency is determined as the heart rate peak 916 (e.g., about 9.5 Hz) that lies between 914 and 916." '125 Publication, paragraph [0172].

"This new treatment protocol continues for two rounds of 10 treatments which may include adjustment in the frequency depending on the EEG and alignment of all leads with the heart rate (A2 lead). On this protocol, only one treatment occurs over 24 hours." '125 Publication, paragraph [0184]. |

| US 10,029,111, Claim 3 | Infringing Activity |
|---|---|
| **The method of claim 1 wherein the rTMS frequency is equal to,** | The '125 Publication confirms the rTMS frequency is equal to, or a harmonic or sub-harmonic of, a non-EEG biological metric that is closest to an intrinsic frequency in a desired EEG band. |

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 3 | Infringing Activity |
|---|---|
| **or a harmonic or sub-harmonic of, a non-EEG biological metric that is closest to an intrinsic frequency in a desired EEG band.** | "Specifically, a Target Frequency is an Alpha wave frequency at which a subject's brain should be operating optimally in maximum of the EEG channels when functioning normally. A Target Frequency may be about 7 Hz-13 Hz, about 8-12 Hz, about 9-11 Hz, or the like. Optionally, the Target Frequency for a subject may be determined by taking the average PSD values across all EEG channels and aligning this average with the nearest Heart Rate Frequency (as discussed below with respect to FIGS. 9A and 9B)." '125 Publication, paragraph [0036].<br><br>"This new treatment protocol continues for two rounds of 10 treatments which may include adjustment in the frequency depending on the EEG and alignment of all leads with the heart rate (A2 lead). On this protocol, only one treatment occurs over 24 hours." '125 Publication, paragraph [0184]. |

| US 10,029,111, Claim 4 | Infringing Activity |
|---|---|
| **The method of claim 3 wherein the non-EEG biological metric is heart rate.** | The '125 Publication confirms the non-EEG biological metric is heart rate.<br><br>"Specifically, a Target Frequency is an Alpha wave frequency at which a subject's brain should be operating optimally in maximum of the EEG channels when functioning normally. A Target Frequency may be about 7 Hz-13 Hz, about 8-12 Hz, about 9-11 Hz, or the like. Optionally, the Target Frequency for a subject may be determined by taking the average PSD values across all EEG channels and aligning this average with the nearest Heart Rate Frequency (as discussed below with respect to FIGS. 9A and 9B)." '125 Publication, paragraph [0036]. |

| US 10,029,111, Claim 5 | Infringing Activity |
|---|---|
| **The method of claim 1 wherein the physiological condition is concentration, sleep, alertness, memory, blood pressure, stress, libido, speech, motor function, physical performance, cognitive function, intelligence, height or weight.** | Information appearing on Brain Frequency's website confirms the physiological condition is concentration, sleep, alertness, memory, blood pressure, stress, libido, speech, motor function, physical performance, cognitive function, intelligence, height or weight. |

Exhibit 5 to Second Amended Complaint

---

| **US 10,029,111, Claim 5** | **Infringing Activity** |
| --- | --- |



https://brainfrequency.ai/overview

---

| **US 10,029,111, Claim 6** | **Infringing Activity** |
| --- | --- |
| **The method of claim 1 wherein the neuropsychiatric condition is Autism Spectrum Disorder (ASD), Alzheimer's disease, ADHD, schizophrenia, anxiety, depression, coma, Parkinson's disease, substance abuse, bipolar disorder, a sleep disorder, an eating disorder, tinnitus, traumatic brain injury, post traumatic stress syndrome, chronic pain or fibromyalgia.** | Information appearing on Brain Frequency's website and customer websites confirms the neuropsychiatric condition is Autism Spectrum Disorder (ASD), Alzheimer's disease, ADHD, schizophrenia, anxiety, depression, coma, Parkinson's disease, substance abuse, bipolar disorder, a sleep disorder, an eating disorder, tinnitus, traumatic brain injury, post traumatic stress syndrome, chronic pain or fibromyalgia. |

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 6 | Infringing Activity |
|---|---|

# BRAIN HEALTH & WELLNESS

## MENTAL HEALTH DISORDERS

- **Trauma & Stressor-Related**
- **Impulse Control & Conduct**
- **Schizophrenia & Psychotic**
- **Obsessive-Compulsive**
- **Substance & Addictive**
- **Neurodevelopmental**
- **Somatic Symptom**
- **Feeding & Eating**
- **Neurocognitive**
- **Dissociative**
- **Sleep-Wake**
- **Personality**
- **Depressive**
- **Anxiety**
- **Bipolar**
- **ADHD**
- **PTSD**

https://brainfrequency.ai/overview

## PREDICTIVE DIAGNOSTICS

Brain Frequency™ AI software's predictive and diagnostic analytics, assists healthcare professionals by improving diagnosis efficiency, treatment accuracy, and patient experience.
Our proprietary science-based technology and individualized treatment protocols, help to improve brain health and wellness by decreasing or eliminating symptoms of trauma related conditions and various mental health disorders. The Brain Frequency™ system promotes optimum brain functioning across cognitive, sensory, social-emotional, behavioral, and motor domains.



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 6 | Infringing Activity |
| --- | --- |

## SUBSTANCE USE DISORDERS



Substance abuse affects the frontal cortex of the brain controlling judgement and impulsivity. Data analyzation has determined those who chronically relapse have little to no movement in this area. After Brain Frequency treatments, patients experienced functional improvement of the frontal cortex resulting in a 28% increase in continued abstinence.

https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

### Patient: "Jason"

**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
| --- | --- | --- | --- |
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*Higher number represents more severe symptoms*

| SEVERE | MILD | NORMAL |

https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 6 | Infringing Activity |
|---|---|
| | **OUR TECHNOLOGY**<br><br>We use a range of technologies to support our treatment approach to anxiety, including EEG (electroencephalogram) neurofeedback, qEEG (quantitative electroencephalogram) brain mapping, and Brain Freuqeuncy, iTMS (idividualized transcranial magnetic stimulation). These technologies allow us to measure brain activity and create customized treatment plans to improve brain function and reduce anxiety symptoms.<br><br>https://energy4lifecenters.com/brain-health/ |

| US 10,029,111, Claim 7 | Infringing Activity |
|---|---|
| **The method of claim 3 wherein the intrinsic frequency is in the delta band (<4 Hz), the theta band (4-8 Hz), the alpha band (8-13 Hz), the beta band (13-30 Hz), the gamma band (25-100 Hz), or the Mu band (8-13 Hz).** | Information appearing on Brain Frequency's website confirms the intrinsic frequency is in the delta band (<4 Hz), the theta band (4-8 Hz), the alpha band (8-13 Hz), the beta band (13-30 Hz), the gamma band (25-100 Hz), or the Mu band (8-13 Hz).<br><br>**BRAIN MAPPING**<br><br>**Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:**<br><br>**CONTACT US TODAY**<br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| **US 10,029,111, Claim 7** | **Infringing Activity** |
| --- | --- |

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 10,029,111, Claim 7 | Infringing Activity |
| --- | --- |

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

The '125 Publication confirms the intrinsic frequency is in the delta band (<4 Hz), the theta band (4-8 Hz), the alpha band (8-13 Hz), the beta band (13-30 Hz), the gamma band (25-100 Hz), or the Mu band (8-13 Hz).

"Specifically, a Target Frequency is an Alpha wave frequency at which a subject's brain should be operating optimally in maximum of the EEG channels when functioning normally. A Target Frequency may be about 7 Hz-13 Hz, about 8-12 Hz, about 9-11 Hz, or the like. Optionally, the Target Frequency for a subject may be determined by taking the average PSD values across all EEG channels and aligning this average with the nearest Heart Rate Frequency (as discussed below with respect to FIGS. 9A and 9B)." '125 Publication, paragraph [0036].

Exhibit 5 to Second Amended Complaint

# US 8,465,408

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|
| **A method of treating Parkinson's disease, treating coma, treating post traumatic stress disorder (PTSD), treating amblyopia, and/or enhancing cognitive performance, in a subject, comprising:** | The preamble is not a limitation. To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, provides, sells, and induces the infringing use by customers of a method for treating PTSD in a subject according to claim 1.[3]<br><br>**BRAIN HEALTH & WELLNESS**<br><br>**MENTAL HEALTH DISORDERS**<br><br>• **Trauma & Stressor-Related**<br>• **Impulse Control & Conduct**<br>• **Schizophrenia & Psychotic**<br>• **Obsessive-Compulsive**<br>• **Substance & Addictive**<br>• **Neurodevelopmental**<br>• **Somatic Symptom**<br>• **Feeding & Eating**<br>• **Neurocognitive**<br>• **Dissociative**<br>• **Sleep-Wake**<br>• **Personality**<br>• **Depressive**<br>• **Anxiety**<br>• **Bipolar**<br>• **ADHD**<br>• **PTSD**<br><br>https://brainfrequency.ai/overview |

---

[3] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|



Patient: "Jason"
**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*Higher number represents more severe symptoms*

SEVERE    MILD    NORMAL

https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
| --- | --- |



https://brainfrequencydallas.com/welcome1

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 1** | **Infringing Activity** |
|---|---|
| |  https://thebiomedcenter.com/about/#loc_slide1 |
| **(a) adjusting a setting of a magnetic field such that the magnetic field is configured to do one or more of the following:** | Information appearing on Brain Frequency's website, and the TMS manufacturer website/product sheets confirm adjusting a setting of a magnetic field.<br><br>**Does this treatment hurt?**<br><br>No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.<br><br>https://brainfrequency.ai/patient-faqs |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|

### Are there any risks?    ^

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?    ^

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 1** | **Infringing Activity** |
|---|---|



https://brainfrequency.ai/overview



MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

---

| **US 8,465,408 Claim 1** | **Infringing Activity** |
| --- | --- |



"Brain Frequency for Substance Use Disorder" video at Brain Frequency
YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency
YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



---

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|
| | MagVenture, 2022 Product Catalog, p. 30. |



MagVenture, 2022 Product Catalog, p. 33.

Customer websites also describe adjusting a setting of a magnetic field. .
See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| | |
|---|---|
| **move an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field,** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field; |
| **move a Q-factor of the intrinsic frequency toward a target Q-factor of the intrinsic frequency using the magnetic field,** | **BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY |
| **move a coherence value of intrinsic frequencies among multiple sites in a brain of the subject** | https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|
| within a specified EEG band toward a target coherence value using the magnetic field wherein if the coherence value is higher than the target coherence value, applying at least two asynchronous magnetic fields close to the head of the subject, and wherein if the coherence value is lower than the target coherence value, applying at least one synchronized magnetic field close to the head of the subject; and<br><br>move an EEG phase between two sites in the brain of a subject of a specified EEG frequency toward a target EEG phase of the specified EEG frequency using the magnetic field wherein the magnetic field comprises one or more magnetic field generators that are of the same frequency and are in-phase with each other, of the same frequency and out of phase with each other, or a combination thereof; and | <br>https://brainfrequency.ai/why-are-we-different%3F-1<br><br><br>https://brainfrequency.ai/eeg-%26-assessments |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
| --- | --- |

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress?                                          ˄

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 1** | **Infringing Activity** |
| --- | --- |



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|
| | In a podcast, Brain Frequency founder and member Shannon Malish further confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field. <br><br> *See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80) |
| **(b) applying said magnetic field close to the head of the subject.** | Information appearing on Brain Frequency's website, on customer websites using the Brain Frequency technology, and on the TMS manufacturer website/product sheets confirm applying said magnetic field close to the head of the subject. <br><br> **Does this treatment hurt?** <br><br> No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static. <br><br> https://brainfrequency.ai/patient-faqs <br><br> **Are there any risks?** <br><br> Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown. <br><br> https://brainfrequency.ai/patient-faqs |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|



### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

### What is Brain Frequency™?

https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
|---|---|



MagPro X100 Product Information Sheet, 03/23/2023.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.

Exhibit 5 to Second Amended Complaint

---

**US 8,465,408 Claim 1**        **Infringing Activity**

---



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



MagVenture, 2022 Product Catalog, p. 30.



MagVenture, 2022 Product Catalog, p. 33.

---

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 1 | Infringing Activity |
| --- | --- |
| | Customer websites also describe applying said magnetic field close to the head of the subject..  See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |

| US 8,465,408 Claim 2 | Infringing Activity |
| --- | --- |
| A method of treating Parkinson's disease, treating coma, treating post traumatic stress disorder (PTSD), treating amblyopia, and/or enhancing cognitive performance in a subject, comprising | The preamble is not a limitation.  To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, provides, sells, and induces the infringing use by customers of a method for treating PTSD in a subject according to claim 1. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|



https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|



### Patient: "Jason"
**Valid Psychometric Assessments**
Subjective

| Assessments | 02/09/2022 | 02/22/2022 | 03/09/2022 |
|---|---|---|---|
| Executive Functioning Scale | 43 | 31 | 11 |
| Anxiety | 20 | 14 | 6 |
| Depression | 38 | 38 | 12 |
| Brain Body Connection | 29 | 15 | 8 |
| Sleep | 17 | 6 | 0 |
| Post Trauma | 58 | 22 | 6 |
| Concussion Symptoms | 65 | 47 | 33 |
| Cravings | 4 | 0 | 0 |
| Obsessive Thoughts & Behaviors | 37 | 23 | 11 |

*Higher number represents more severe symptoms*

| SEVERE | MILD | NORMAL |

https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 2** | **Infringing Activity** |
|---|---|
| |  https://brainfrequencydallas.com/welcome1 |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|



https://thebiomedcenter.com/about/#loc_slide1

| | |
|---|---|
| **moving at least one of: an intrinsic frequency of a brain of the subject within a specified EEG band toward a pre-selected intrinsic frequency within the same specified EEG band and a Q-factor of the intrinsic frequency toward a target Q-factor of the intrinsic frequency, by applying a magnetic field close** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms moving an intrinsic frequency within a specified EEG band of the subject toward a target intrinsic frequency within the specified EEG band by applying a magnetic field close to a head of the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
| --- | --- |
| to a head of the subject, | |



https://brainfrequency.ai/why-are-we-different%3F-1

https://brainfrequency.ai/why-are-we-different%3F-1

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

### What does the treatment process look like?

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

You will complete this same process for each set of treatments.

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|



How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Treatment Overview

"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|
| | The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field |



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

In a podcast, Brain Frequency founder and member Shannon Malish further confirms moving at least one of: an intrinsic frequency of a brain of the subject within a specified EEG band toward a pre-selected intrinsic frequency within the same specified EEG band and a Q-factor of the intrinsic frequency toward a target Q-factor of the intrinsic frequency, by applying a magnetic field close to a head of the subject.

*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34f adb30054a80)

| wherein the magnetic field comprises at least one of(a) a single target frequency within the specified EEG band; (b) a plurality of frequencies | Information appearing on Brain Frequency's website confirms the magnetic field comprises at least one of(a) a single target frequency within the specified EEG band; (b) a plurality of frequencies within the specified EEG band; and (c) the intrinsic frequency of the brain of the subject within the specified EEG band. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|
| within the specified EEG band; and<br>(c) the intrinsic frequency of the brain of the subject within the specified EEG band. | <br><br>"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."<br><br>"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process<br><br>The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field<br><br><br><br>https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 2 | Infringing Activity |
|---|---|
| | In a podcast, Brain Frequency founder and member Shannon Malish further confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field.<br><br>*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34f adb30054a80) |

| US 8,465,408 Claim 3 | Infringing Activity |
|---|---|
| **The method of claim 1 or 2, further comprising the step of measuring EEG data of the subject after the applying step.** | Information appearing on Brain Frequency's website confirms the step of measuring EEG data of the subject after the applying step.<br><br><br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 3 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/why-are-we-different%3F-1

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 3 | Infringing Activity |
|---|---|

**What does the treatment process look like?**

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

You will complete this same process for each set of treatments.

https://brainfrequency.ai/patient-faqs

**How will I track my progress?**                                          ^

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs

| US 8,465,408 Claim 4 | Infringing Activity |
|---|---|
| **The method of claim 1 or 2, further comprising the steps of: adjusting frequency of said magnetic field based on the EEG data of the subject; and repeating the applying step with an adjusted frequency.** | Information appearing on Brain Frequency's website confirms adjusting frequency of said magnetic field based on the EEG data of the subject; and repeating the applying step with an adjusted frequency. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 4 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/why-are-we-different%3F-1

https://brainfrequency.ai/why-are-we-different%3F-1

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 4 | Infringing Activity |
|---|---|

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

### What does the treatment process look like?

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

You will complete this same process for each set of treatments.

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 4 | **Infringing Activity** |
|---|---|
| | **How will I track my progress?** ^ |
| | Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses. |
| | https://brainfrequency.ai/patient-faqs |

| US 8,465,408 Claim 9 | **Infringing Activity** |
|---|---|
| **The method of claim 1 or 2, wherein the step of applying the magnetic field is for about 5 minutes to about two hours.** | Information appearing on Brain Frequency's website confirms applying the magnetic field is for about 5 minutes to about two hours. |
| | **What does the treatment process look like?** |
| | After confirming candidacy for treatment, your appointments will look like the following: |
| | • **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour. |
| | • **Treatment #1:** Details on the treatment process, Q&A; about 45 min. |
| | • **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each. |
| | • **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min. |
| | You will complete this same process for each set of treatments. |

| US 8,465,408 Claim 10 | **Infringing Activity** |
|---|---|
| **The method of claim 1 or 2, further comprising repeating the applying step after an interval about 6 hours to about 14 days.** | Information appearing on Brain Frequency's website confirms repeating the applying step after an interval about 6 hours to about 14 days. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 10 | Infringing Activity |
|---|---|
| |  |

| US 8,926,490, Claim 11 | Infringing Activity |
|---|---|
| **The method of claim 1 or 2, further comprising: (a) locating a first electrode operable to detect electrical brain activity on the subject in at least one of an area of low electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject; (b) locating a second electrode operable to detect a reference signal on the subject; and (c) determining the intrinsic frequency from the electrical brain activity detected by the first electrode and the reference** | Information appearing on Brain Frequency's website confirms locating a first electrode operable to detect electrical brain activity on the subject in at least one of an area of low electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject; (b) locating a second electrode operable to detect a reference signal on the subject; and (c) determining the intrinsic frequency from the electrical brain activity detected by the first electrode and the reference signal detected by the second electrode. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 11 | Infringing Activity |
| --- | --- |
| signal detected by the second electrode. | |



# BRAIN MAPPING

**Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:**

CONTACT US TODAY

https://brainfrequency.ai/why-are-we-different%3F-1



## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 11** | **Infringing Activity** |
| --- | --- |

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
| --- | --- |
| **12. A device for use in treating Parkinson's disease, treating coma, treating post traumatic stress disorder (PTSD), treating amblyopia, and/or enhancing cognitive performance in a subject, comprising:** | The preamble is not a limitation.  To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, provides, sells, and induces the infringing use by customers of a device for use in treating PTSD in a subject according to claim 12.[4] <br><br>  <br><br> https://brainfrequency.ai/overview |

---

[4] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|



https://brainfrequencydallas.com/welcome1

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 12** | **Infringing Activity** |
|---|---|
| |  |

https://thebiomedcenter.com/about/#loc_slide1

| | |
|---|---|
| **a means for applying a magnetic field to a head of a subject; whereby the means for applying the magnetic field comprises: a first processor that controls the application of the magnetic field and wherein the first processor or a second processor moves at least one of:** | Information appearing on Brain Frequency's website, customer websites, and the TMS manufacturer website/product sheets confirm a first processor that controls the application of the magnetic field. |

**Does this treatment hurt?**                                                          ^

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
| --- | --- |

### Are there any risks?

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers, spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|



https://brainfrequency.ai/overview



MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

---

**US 8,465,408 Claim 12**    **Infringing Activity**

---



"Brain Frequency for Substance Use Disorder" video at Brain Frequency
YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency
YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|
| | MagVenture, 2022 Product Catalog, p. 30. |



MagVenture, 2022 Product Catalog, p. 33.

Customer websites also describe application of frequencies (magnetic fields) to the head of a subject.  See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

Customer websites confirm the use of systems that include a processor configured to control the magnetic field (e.g., "brain mapping," and "brain optimization").  See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| **wherein the first processor or a second processor moves at least one of:**<br><br>**(a) an intrinsic frequency of a brain of the subject in a specified EEG band to a target intrinsic frequency within the specified EEG band using the magnetic field;** | Information appearing on Brain Frequency's website confirms an intrinsic frequency of a brain of the subject in a specified EEG band to a target intrinsic frequency within the specified EEG band using the magnetic field. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|
| **(b) a Q-factor of an intrinsic frequency of the brain of the subject within a specified EEG band to a target Q-factor of the intrinsic frequency using the magnetic field;**<br><br>**(c) a coherence value of intrinsic frequencies among multiple sites in the brain of the subject within a specified EEG band using the magnetic field wherein if the coherence value is higher than a pre-selected coherence value, applying at least two asynchronous magnetic fields close to the head of the subject, and wherein if the coherence value is lower than the pre-selected coherence value, applying at least one synchronized magnetic field close to the head of the subject; and**<br><br>**(d) an EEG phase between two sites in the brain of the subject of a specified EEG frequency using the magnetic field wherein the magnetic field comprises a first magnetic field that is in-phase with a second magnetic field or a first magnetic field** | <br>https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|
| that is out of phase with a second magnetic field. | |

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

After confirming candidacy for treatment, your appointments will look like the following:

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

You will complete this same process for each set of treatments.

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 12 | Infringing Activity |
|---|---|

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 12** | **Infringing Activity** |
|---|---|
| | The Brain Frequency Center website confirms that the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.<br><br><br><br>https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd<br><br>In a podcast, Brain Frequency founder and member Shannon Malish further confirms that the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field.<br><br>*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80) |

| **US 8,465,408 Claim 20** | **Infringing Activity** |
|---|---|
| **The device of claim 12, further comprising logic that calculates information from EEG** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms logic that calculates information from EEG data collected from the subject within a specified EEG band, wherein said information comprises at least one of |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 20 | Infringing Activity |
|---|---|
| **data collected from the subject within a specified EEG band, wherein said information comprises at least one of items listed below: (a) the intrinsic frequency; (b) the Q-factor of the intrinsic frequency; (c) the coherence value of intrinsic frequencies; (d) the EEG phase; and (e) any combination thereof.** | items listed below: (a) the intrinsic frequency; (b) the Q-factor of the intrinsic frequency; (c) the coherence value of intrinsic frequencies; (d) the EEG phase; and (e) any combination thereof. <br><br>  <br> https://brainfrequency.ai/why-are-we-different%3F-1 <br><br> https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

---

**US 8,465,408 Claim 20**     **Infringing Activity**

# WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

---

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 20 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 20 | Infringing Activity |
|---|---|
| | The Brain Frequency Center website confirms that the magnetic field is configured to move the first intrinsic frequency in a pre-selected direction, up or down, within the specified EEG band using said magnetic field. |



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

In a podcast, Brain Frequency founder and member Shannon Malish further confirms logic that calculates information from EEG data collected from the subject within a specified EEG band, wherein said information comprises the intrinsic frequency.

*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80)

| US 8,465,408 Claim 21 | Infringing Activity |
|---|---|
| **The device of claim 12, further comprising: (a) a first electrode operable to detect** | Information appearing on Brain Frequency's website confirms a first electrode operable to detect electrical brain activity; and (b) a second electrode operable to detect a reference signal; wherein the first electrode is adapted to be located on the subject in at least one of: an area of low |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 21 | Infringing Activity |
|---|---|
| electrical brain activity; and (b) a second electrode operable to detect a reference signal; wherein the first electrode is adapted to be located on the subject in at least one of: an area of low electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject, and wherein the second electrode is adapted to be located on the subject. | electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject, and wherein the second electrode is adapted to be located on the subject.<br><br>**BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY<br><br>https://brainfrequency.ai/why-are-we-different%3F-1<br><br>**WHAT ARE BRAIN WAVE FREQUENCIES?**<br><br>**BETA (12 hz - 27 hz):**<br><br>• **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.<br><br>**ALPHA (8 hz - 12 hz):**<br><br>• **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.<br><br>https://brainfrequency.ai/eeg-%26-assessments |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 21 | Infringing Activity |
|---|---|
| | ### What does the treatment process look like?<br><br>**After confirming candidacy for treatment, your appointments will look like the following:**<br><br>• **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.<br>• **Treatment #1:** Details on the treatment process, Q&A; about 45 min.<br>• **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.<br>• **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.<br><br>**You will complete this same process for each set of treatments.**<br><br>https://brainfrequency.ai/patient-faqs<br><br>### How will I track my progress?<br><br>Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.<br><br>https://brainfrequency.ai/patient-faqs<br><br><br><br>https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653 |

Exhibit 5 to Second Amended Complaint

# US 8,870,737

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|
| **A method comprising:** | The preamble is not a limitation.  To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, provides, sells, and induces the infringing use by customers of a method according to claim 1.[5]<br><br>How do I know if I can integrate Brain Frequency™ into my clinic?<br><br>Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.<br><br>https://brainfrequency.ai/provider-faqs-1 |

---

[5] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|
| | https://brainfrequencydallas.com/welcome1 |
| **(a) adjusting output of a magnetic field;** | Information appearing on Brain Frequency's website, on the TMS manufacturer website/product sheets, and on customer websites confirm adjusting output of a magnetic field.<br><br><br><br>https://brainfrequency.ai/patient-faqs |

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|

### Are there any risks?

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|



https://brainfrequency.ai/overview



MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | **Infringing Activity** |
|---|---|



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | **Infringing Activity** |
|---|---|

MagVenture, 2022 Product Catalog, p. 30.



MagVenture, 2022 Product Catalog, p. 33.

Customer websites also describe adjusting output of a magnetic field. See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| **(b) applying said magnetic field close to a head of a subject; and** | Information appearing on Brain Frequency's website, on the TMS manufacturer website/product sheets, and on customer websites confirm applying said magnetic field close to a head of a subject. |
|---|---|

### Does this treatment hurt? ^

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

### Are there any risks? ^

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
| --- | --- |

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe?

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

### What is Brain Frequency™?



https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
| --- | --- |



MagPro X100 Product Information Sheet, 03/23/2023.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
| --- | --- |



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



MagVenture, 2022 Product Catalog, p. 30.



MagVenture, 2022 Product Catalog, p. 33.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|
| | Customer websites also describe applying said magnetic field close to a head of a subject.  See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |
| **(c) moving, using the magnetic field, at least one of an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band and a Q-factor of an intrinsic frequency within a specified EEG band of the subject toward a pre-selected Q-factor,** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms moving, using the magnetic field, an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band;  https://brainfrequency.ai/why-are-we-different%3F-1 https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|



https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | **Infringing Activity** |
|---|---|
| | The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field  https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd <br><br> In a podcast, Brain Frequency founder and member Shannon Malish further confirms moving, using the magnetic field, an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band. <br><br> *See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80) |
| **wherein the pre-selected intrinsic frequency is a frequency that increases blood flow in the cortex of the subject, and wherein the pre-selected Q-factor is a Q-factor** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms the pre-selected intrinsic frequency is a frequency that increases blood flow in the cortex of the subject, and wherein the pre-selected Q-factor is a Q-factor that increases blood flow in the cortex of the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
|---|---|
| **that increases blood flow in the cortex of the subject.** | <br><br>https://brainfrequency.ai/overview<br><br><br><br>"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."<br><br>"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process<br><br>Customer websites confirm the use of systems that include decreasing blood flow in a lower region of the brain of the subject (e.g., "computer generated therapeutic intervention," brain mapping," and "brain optimization"). |

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 1 | Infringing Activity |
| --- | --- |



https://thebiomedcenter.com/about/#loc_slide1

See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| US 8,870,737, Claim 2 | Infringing Activity |
| --- | --- |
| A method comprising: | The preamble is not a limitation. To the extent that Defendant asserts that it is a limitation, the evidence appearing on Brain Frequency's website (brainfrequency.ai) and on customer websites regarding using the Brain Frequency technology confirms that Defendant makes, |

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|
| | provides, sells, and induces the infringing use by customers of a method according to claim 1.[6] |

> **How do I know if I can integrate Brain Frequency™ into my clinic?**
>
> Since Brain Frequency™ is able to treat a wide array of mental health, neurological disorders, and cognitive functioning, we've separated our abilities into two distinct practices. One is for mental health and medical practitioners to treat DSM-5 diagnosable issues like depression, bipolar disorder, concussions, and the like. The other is for functional medicine and wellness, used to treat things like general sleep issues, mental fog, trouble with short term memory, tinnitus, etc. You can see more about this distinction on the Affiliate Program page.

https://brainfrequency.ai/provider-faqs-1

[6] The Brain Frequency website lists "locations" in four states: Gladden Longevity in Texas (https://www.gladdenlongevity.com/ and https://brainfrequencydallas.com/), Live In Alignment in California (https://www.liveinalignment.org/), BioMed Scottsdale in Arizona (https://thebiomedcenter.com/), and Energy4Life Centers in Utah (https://energy4lifecenters.com/).

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | **Infringing Activity** |
|---|---|
| | https://brainfrequencydallas.com/welcome1 |
| **(a) adjusting output of a magnetic field;** | Information appearing on Brain Frequency's website, on the TMS manufacturer website/product sheets, and on customer websites confirm adjusting output of a magnetic field. |

### Does this treatment hurt? ⌃

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

### Are there any risks? ⌃

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|



https://brainfrequency.ai/provider-faqs-1



https://brainfrequency.ai/overview

MagPro X100 Product Information Sheet, 03/23/2023.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|
| | MagVenture, 2022 Product Catalog, p. 30.  MagVenture, 2022 Product Catalog, p. 33. Customer websites also describe adjusting output of a magnetic field. See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |
| **(b) applying said magnetic field close to a head of a subject; and** | Information appearing on Brain Frequency's website, on the TMS manufacturer website/product sheets, and on customer websites confirm applying said magnetic field close to a head of a subject. |

Does this treatment hurt?

No. Brain Frequency™ treatments are non-painful and non-invasive, using a very low powered magnetic stimulation. The sensation at the point of contact during treatment resembles that of balloon static.

https://brainfrequency.ai/patient-faqs

Are there any risks?

Treatments include the use of (painless) magnetic stimulation, so those with a history of seizures, ferrous metal or hardware in the head or neck, pacemakers , spinal or bladder stimulators should not undergo this treatment. Though the risk is extremely small, there have been a few reports of seizures with TMS devices (1 in 3 million). There are no known adverse cognitive or long-term effects associated with TMS therapy. However, as a relatively new treatment, unforeseen long-term risks may exist. The risks of exposure to TMS or TMS-like therapies during pregnancy are unknown.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|

https://brainfrequency.ai/patient-faqs

### How Can Brain Frequency™ Benefit My Practice?

Brain Frequency™ is an AI software system developed to assist medical practitioners in the diagnosis and treatment of diverse trauma related conditions and mental health disorders. This evolutionary system integrates with, and improves upon, established medical and functional medicine practices, with direct implementation and adaptability. Connecting the communities of science, psychiatry, and health services, Brain Frequency™ uses a concentrated and individualized approach to standard TMS treatment protocols. Brain Frequency™ AI software's predictive diagnostic technology formulates a specific brain map identifying possible diagnoses and creates a recommended treatment plan from those conclusions.

https://brainfrequency.ai/affiliate-program

### Is the equipment safe? ^

The TMS machine and the EEG cap are both FDA Approved. Clinical Trials began in Spring 2022.

https://brainfrequency.ai/provider-faqs-1

### What is Brain Frequency™?



https://brainfrequency.ai/overview

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|



MagPro X100 Product Information Sheet, 03/23/2023.



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|



"Brain Frequency for Substance Use Disorder" video at Brain Frequency YouTube page: https://www.youtube.com/watch?v=ZT4CgJxgb5c.



MagVenture, 2022 Product Catalog, p. 30.



MagVenture, 2022 Product Catalog, p. 33.

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | **Infringing Activity** |
|---|---|
| | Customer websites also describe applying said magnetic field close to a head of a subject.  See screenshots, *supra*, from https://brainfrequencydallas.com/welcome1. https://energy4lifecenters.com/brain-health/ https://thebiomedcenter.com/ |
| **(c) moving, using the magnetic field, an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band,** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms moving, using the magnetic field, an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band;  https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| **US 8,870,737, Claim 2** | **Infringing Activity** |
| --- | --- |

### WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|
| | The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field<br><br><br><br>https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd<br><br>In a podcast, Brain Frequency founder and member Shannon Malish further confirms moving, using the magnetic field, an intrinsic frequency of a specified EEG band of the subject toward a pre-selected intrinsic frequency of the specified EEG band.<br><br>*See, e.g.*, Gladden Longevity Podcast, Nov. 2022, "Is this how you fix your brain once and for all?" (in which Ms. Malish explains the development of and treatment of patients using Brain Frequency's techniques) (available at https://gladdenlongevitypodcast.com/episodes, and https://gladdenlongevitypodcast.com/episodes/f/is-this-how-you-fix-your-brain-once-and-for-all and https://open.spotify.com/episode/1tYFdD61I7dN4nvD7YrKKK?si=ef34fadb30054a80) |
| **wherein the pre-selected intrinsic frequency is a frequency that decreases blood flow in a lower region of the brain of the subject.** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms the pre-selected intrinsic frequency is a frequency that decreases blood flow in a lower region of the brain of the subject. |

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | __Infringing Activity__ |
|---|---|



https://brainfrequency.ai/overview



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video, https://brainfrequency.ai/treatment-process

Customer websites confirm the use of systems that include the pre-selected intrinsic frequency is a frequency that decreases blood flow in a lower region of the brain of the subject (e.g., "computer generated therapeutic intervention," brain mapping," and "brain optimization").

Exhibit 5 to Second Amended Complaint

| US 8,870,737, Claim 2 | Infringing Activity |
|---|---|



https://thebiomedcenter.com/about/#loc_slide1

See screenshots, *supra*, from
https://brainfrequencydallas.com/welcome1.
https://energy4lifecenters.com/brain-health/
https://thebiomedcenter.com/

| US 8,870,737 Claim 3 | Infringing Activity |
|---|---|
| **The method of any of claims 1 and 2, further comprising taking EEG measurements of the subject before the adjusting step or after the applying step, or** | Information appearing on Brain Frequency's website confirms taking EEG measurements of the subject before the adjusting step or after the applying step, or both before the adjusting step and after the applying step. |

Exhibit 5 to Second Amended Complaint

| US 8,870,737 Claim 3 | Infringing Activity |
|---|---|
| **both before the adjusting step and after the applying step.** | <br><br>**BRAIN MAPPING**<br><br>Electroencephalogram (EEG) data is used to analyze brain waves and produce a brain map identifying current and optimal frequencies in 19 areas of the brain including:<br><br>CONTACT US TODAY<br><br>https://brainfrequency.ai/why-are-we-different%3F-1<br><br><br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,870,737 Claim 3 | Infringing Activity |
|---|---|

# WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| US 8,870,737 Claim 3 | Infringing Activity |
|---|---|
| |  https://brainfrequency.ai/patient-faqs |

| US 8,870,737 Claim 4 | Infringing Activity |
|---|---|
| The method of any of claims 1 and 2, further comprising determining at least one of: the subject's intrinsic frequency of the specified EEG band and the subject's Q-factor of an intrinsic frequency within a specified EEG band. | Information appearing on Brain Frequency's website confirms determining at least one of: the subject's intrinsic frequency of the specified EEG band and the subject's Q-factor of an intrinsic frequency within a specified EEG band.  https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| **US 8,870,737 Claim 4** | **Infringing Activity** |
|---|---|



https://brainfrequency.ai/why-are-we-different%3F-1

## WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

Exhibit 5 to Second Amended Complaint

| US 8,870,737 Claim 4 | Infringing Activity |
|---|---|

### What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2–#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

### How will I track my progress?

Progress reports are given with each follow up EEG. This is an objective measurement of the progress your brain is making. The EEGs are paired with psychometric assessments (subjective information). Your provider will use all of this information together to inform you of progress and adjust your treatment protocol as your brain progresses.

https://brainfrequency.ai/patient-faqs



https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653

Exhibit 5 to Second Amended Complaint

| US 8,870,737 Claim 4 | Infringing Activity |
|---|---|



"The EEG uncovers areas of low energy and with that information we can specifically treat 3 or 4 separate areas of the brain **with an individual target frequency** at each therapy session."

"Treatment Process – Brain Frequency™" video,
https://brainfrequency.ai/treatment-process

The Brain Frequency Center website confirms moving an intrinsic frequency of a specified EEG band of the subject toward a target intrinsic frequency of the specified EEG band using the magnetic field



https://brainfrequencycenter.com/case-studies/morgan-34-year-old-lawyer-with-ptsd

Exhibit 5 to Second Amended Complaint

| **US 8,465,408 Claim 8** | **Infringing Activity** |
|---|---|
| **The method of any of claims 1 and 2, wherein the step of applying the magnetic field is for about 5 minutes to about two hours.** | Information appearing on Brain Frequency's website and on customer websites using the Brain Frequency technology confirms applying the magnetic field is for about 5 minutes to about two hours. <br><br> **What does the treatment process look like?** <br><br> After confirming candidacy for treatment, your appointments will look like the following: <br><br> • **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour. <br> • **Treatment #1:** Details on the treatment process, Q&A; about 45 min. <br> • **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each. <br> • **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min. <br><br> You will complete this same process for each set of treatments. |

| **US 8,465,408 Claim 9** | **Infringing Activity** |
|---|---|
| **The method of any of claims 1 and 2, further comprising repeating the applying step after an interval about 6 hours to about 14 days.** | Information appearing on Brain Frequency's website confirms repeating the applying step after an interval about 6 hours to about 14 days. <br><br> **What does the treatment process look like?** <br><br> After confirming candidacy for treatment, your appointments will look like the following: <br><br> • **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour. <br> • **Treatment #1:** Details on the treatment process, Q&A; about 45 min. <br> • **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each. <br> • **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min. <br><br> You will complete this same process for each set of treatments. |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 10 | Infringing Activity |
|---|---|
| The method of any of claims 1 and 2, further comprising: (a) locating a first electrode operable to detect electrical brain activity on the subject in at least one of an area of low electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject; (b) locating a second electrode operable to detect a reference signal on the subject; and (c) determining the intrinsic frequency or the Q-factor or both from the electrical brain activity detected by the first electrode and the reference signal detected by the second electrode. | Information appearing on Brain Frequency's website confirms locating a first electrode operable to detect electrical brain activity on the subject in at least one of an area of low electrical resistivity on the subject, and an area with substantially no electrical impulse interference on the subject; (b) locating a second electrode operable to detect a reference signal on the subject; and (c) determining the intrinsic frequency or the Q-factor or both from the electrical brain activity detected by the first electrode and the reference signal detected by the second electrode.<br><br><br><br>https://brainfrequency.ai/why-are-we-different%3F-1 |

Exhibit 5 to Second Amended Complaint

| US 8,926,490, Claim 10 | Infringing Activity |
| --- | --- |

# WHAT ARE BRAIN WAVE FREQUENCIES?

**BETA (12 hz - 27 hz):**

- **Wide awake.** This is generally the mental state most people are in during the day and most of their waking lives. Usually, this state in itself is uneventful, but don't underestimate its importance. Many people lack sufficient beta activity, which can cause mental or emotional disorders such as depression, ADD, insomnia, and low SMR production (a sub-range of beta at 12-15hz) which may be related to insomnia. Stimulating beta activity can improve emotional stability, energy levels, attentiveness and concentration.

**ALPHA (8 hz - 12 hz):**

- **Awake but relaxed and not processing much information.** When you get up in the morning and just before sleep, you are naturally in this state. When you close your eyes your brain automatically starts producing more alpha waves. Many studies monitoring the EEG activity of experienced meditators have revealed strong increases in alpha activity. Alpha activity has also been connected to the ability to recall memories, lessened discomfort and pain, and reductions in stress and anxiety.

https://brainfrequency.ai/eeg-%26-assessments

## What does the treatment process look like?

**After confirming candidacy for treatment, your appointments will look like the following:**

- **Intake Appointment:** Initial EEG, questionnaire, assessments, and review; about one hour.
- **Treatment #1:** Details on the treatment process, Q&A; about 45 min.
- **Treatments #2-#10:** Once or twice daily treatments to complete a set of 10; 30 minutes each.
- **Follow-Up EEG:** Follow up EEG, assessments, and review; about 45 min.

**You will complete this same process for each set of treatments.**

https://brainfrequency.ai/patient-faqs

Exhibit 5 to Second Amended Complaint

| **US 8,926,490, Claim 10** | **Infringing Activity** |
| --- | --- |
| |  https://brainfrequency.ai/patient-faqs<br><br>https://brainfrequency.ai/why-are-we-different%3F-1#c8ee53a4-5885-4b67-9b4c-1f504d8f9653 |

| **US 8,465,408 Claim 11** | **Infringing Activity** |
| --- | --- |
| **The method of any of claims 1 and 2, wherein the method decreases a HAMD score of the subject as measured using a HAMD rating scale.** | Information appearing on Brain Frequency's website confirms the method decreases a HAMD score of the subject as measured using a HAMD rating scale. |

Exhibit 5 to Second Amended Complaint

| US 8,465,408 Claim 11 | Infringing Activity |
| --- | --- |



https://brainfrequency.ai/overview

Exhibit 5 to Second Amended Complaint

---

**US 8,465,408 Claim 11**       **Infringing Activity**



https://brainfrequency.ai/overview

---