IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>　　　　Defendant. | Case No. 5:23-CV-00626-XR<br><br>Honorable: Xavier Rodriguez |

## ORDER

　　Before the Court is Plaintiff Wave Neuroscience, Inc.'s [Corrected] Motion to File Second Amended Complaint with Written Consent of Opposing Party [FRCP 15(a)(2)]. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

　　SIGNED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE UNITED STATES**
　　　　　　　　　　　　　　　　　　　　　**DISTRICT COURT JUDGE**