# Exhibit 12



NEWS   WEATHER   SPORTS   FEATURES   ENTERTAINMENT   ESPAÑOL   NEW

LIVE   Local 10 News @ Noon

### HEALTH

# Brain treatment center offers novel approach to treat autism

**Kathleen Corso**, Special Projects Producer

Published: **January 30, 2020 5:07 pm**
Updated: **January 30, 2020 5:14 pm**

Tags: **Autism, Autistic, Mental Health, Brain Center, Magnetic E-Resonance Therapy, Developmental Disorder, MeRT, PTSD**



NEWS   WEATHER   SPORTS   FEATURES   ENTERTAINMENT   ESPAÑOL   NEWSLETTE

Case 5:23-cv-00276 Document 1-42 Filed 10/23/23 Page 3 of 4



**AVENTURA, Fla.** – According to the Centers for Disease Control and Prevention, the prevalence of autism is increasing among our nation's children.

When Miriam Gimal's own daughter was diagnosed with the disorder several years ago, she tried a treatment called MeRT, which stands for Magnetic e-Resonance Therapy.

The treatment includes electroencephalogram, or EEG, to map brainwaves, followed by transcranial magnetic stimulation to regulate those brainwaves.

"So think of it like this: The brain is an orchestra and it has all of the instruments but what it lacks in autism, for example, is a conductor. so what ends up happening is the violins play very fast, the cello is very slow the piano too loud and that is what autism looks like; it's sort of a chaotic environment and what the EEG does is identify where is the chaos, and what we do with the TMS technology is we create a conductor in hopes of seeing this orchestra play together," said Gimal.

Ad

Clinical trials are evaluating the benefits of MeRT for veterans with post-traumatic stress disorder, but there are currently no studies for children with autism, which means the cost of the therapy is not covered by insurance.

Also in local health news, an update on the South Florida baby born with a giant growth covering most of her face.

**HEALTH UPDATE**





An anonymous benefactor came forward with funds to help cover the cost of Carolina Fenner's trips to a Russian clinic to treat her daughter Luna.

Fenner said the gift lifts a huge financial burden off her shoulders.

"Oh my God! We jumped for joy the whole day. We are very, very happy," Fenner said.

Mother and daughter return to Russia the first week of February to continue with the second round of treatment for baby Luna.

Copyright 2020 by WPLG Local10.com - All rights reserved.

## RELATED STORIES

