UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> BRAIN FREQUENCY LLC, <br><br> Defendant. | Civil Action No.   5:23-cv-00626-XR <br><br><br><br> **Demand for Jury Trial** |

## NOTICE OF APPEARANCE

Please take notice that attorney John D. Saba, Jr. of the law firm Wittliff | Cutter PLLC is appearing as counsel for Defendant Brain Frequency LLC.  Mr. Saba hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above entitled and number cause be directed to and served upon him at john@wittliffcutter.com.

Dated: November 13, 2023                               Respectfully submitted,

By: */s/ John D. Saba*
    John D. Saba, Jr.
    Texas State Bar No. 24037415
    john@wittliffcutter.com
    **WITTLIFF CUTTER PLLC**
    510 Baylor Street
    Austin, Texas 7870
    Telephone: (512) 960-4388
    Facsimile: (512) 960-4869

**Attorney for Defendant**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ John D. Saba*
                                                  John D. Saba, Jr.