UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> BRAIN FREQUENCY LLC, <br><br> Defendant. | Civil Action No.   5:23-cv-00626-XR <br><br><br> **Demand for Jury Trial** |

## NOTICE OF APPEARANCE

Please take notice that attorney William M. Parrish of the law firm Stradling Yocca Carlson & Rauth is appearing as counsel for Defendant Brain Frequency LLC.  Mr. Parrish hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above entitled and numbered cause be directed to and served upon him at bparrish@stradlinglaw.com.

Dated:  November 30, 2023          By:   */s/ William M. Parrish*
                                                    William M. Parrish, Texas State Bar No. 15540325
                                                    **STRADLING YOCCA CARLSON & RAUTH**
                                                    **A Professional Corporation**
                                                    500 W. 2nd Street, Suite 1900
                                                    Austin, TX  78701
                                                    512-788-5020
                                                    bparrish@stradlinglaw.com

                                                    *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William M. Parrish*
William M. Parrish