UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> BRAIN FREQUENCY LLC, <br><br> Defendant. | Civil Action No.   5:23-cv-00626-XR <br><br><br><br> **Demand for Jury Trial** |

### NOTICE OF CHANGE OF FIRM NAME

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Stradling Yocca Carlson & Rauth PC, has changed its firm name to Stradling Yocca Carlson & Rauth LLP. The firm's electronic mail addresses, physical address, telephone numbers, and facsimile number will remain unchanged. Please update your records accordingly to reflect this name change.

Dated:  January 5, 2024          By:    /s/ William M. Parrish
                                              William M. Parrish, Texas State Bar No. 15540325
                                              **STRADLING YOCCA CARLSON**
                                              **& RAUTH LLP**
                                              500 W. 2nd Street, Suite 1900
                                              Austin, TX  78701
                                              512-788-5020
                                              bparrish@stradlinglaw.com

                                              *Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ William M. Parrish*
    William M. Parrish