UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., A DELAWARE CORPORATION;<br>   *Plaintiff*,<br><br>v.<br><br>BRAIN FREQUENCY LLC; WINDMILL WELLNESS RANCH LLC,<br>   *Defendants*. | §§§§§§§§§<br><br>Civil Action No. SA-23-CV-00626-XR |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Wednesday, February 14, 2024** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** January 11, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE