# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>Defendant. | Case No. 5:23-CV-00626-XR<br><br>Honorable: Xavier Rodriguez |

## NOTICE OF ERRATA REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT

On October 15, 2023, Plaintiff's counsel filed a Second Amended Complaint with exhibits (Dkt. 10), and inadvertently included the wrong exhibits as Exhibits 2-4. With this errata, Plaintiff attaches the correct Exhibits 2-4.

DATED: February 12, 2024                Respectfully submitted,


                /s/ Deborah S. Mallgrave

                Harry L. Gillam, Jr.
                Texas Bar No. 07921800
                J. Travis Underwood
                Texas Bar No. 24102587
                **GILLAM & SMITH, LLP**
                303 South Washington Avenue
                Marshall, Texas 75670
                Telephone: (903) 934-8450
                Facsimile: (903) 934-9257
                Email: gil@gillamsmithlaw.com
                Email: travis@gillamsmithlaw.com

1

NOTICE OF ERRATA REGARDING
PLAINTIFF'S SECOND AMENDED
COMPLAINT

          J. Rick Taché (*pro hac vice*)
          Deborah S. Mallgrave (*pro hac vice*)
          **BUCHALTER**
          A Professional Corporation
          18400 Von Karman Avenue, Suite 800
          Irvine, CA  92612-0514
          Telephone: (949)760-1121
          Facsimile: (949) 720-0182
          Email: rtache@buchalter.com
          Email: dmallgrave@buchalter.com

*Attorneys for Plaintiff*
*WAVE NEUROSCIENCE, INC.*

2

NOTICE OF ERRATA REGARDING
PLAINTIFF'S SECOND AMENDED
COMPLAINT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on February 12, 2024.

*/s/ Deborah S. Mallgrave*
Deborah S. Mallgrave