UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br><br> BRAIN FREQUENCY LLC, <br><br> Defendant. | Civil Action No.   5:23-cv-00626-XR <br><br><br><br> **Demand for Jury Trial** |

## [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court has reviewed Defendant Brain Frequency LLC's Motion for Partial Summary Judgment Pursuant to the Physician's Immunity Statute.  Having considered the Motion, the response and arguments of counsel, the Court hereby determines Defendant's Motion should be GRANTED.

It is hereby ORDERED that all of Plaintiff's asserted method claims be dismissed with prejudice.

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE