# EXHIBIT B

Schedule Your Brain Frequency™ Appointment Today



# Think Better.
# Feel Better.
# Live Better.



## NON-INVASIVE TREATMENT THAT HEALS THE BRAIN

**CONTACT US TODAY**



**Brain Frequency™**

Let me know if you have any questions!

I have a question

No, thanks

## WHAT IS BRAIN

**The Brain Frequency™ AI system is an innovative therapeutic approach to improving brain health and wellness. We use proprietary science-based technology to promote optimal brain functioning across mental, emotional, physical and social domains. Our diagnostic technology and individualized treatment protocols help decrease or eliminate trauma-related symptoms and various mental health disorders.**

## WHAT MAKES BRAIN FREQUENCY™ UNIQUE?

**Individualized Brain Mapping**

**Outstanding Efficacy & Effectiveness**

**Objective Measure Of Progress**

**Positive Results Within 2 Weeks On Average**

1

# WHAT DOES BRAIN FREQUENCY™ TREAT?

**LEARN MORE ABOUT OUR TREATMENT PROCESS**

## BRAIN HEALTH & WELLNESS

## MENTAL HEALTH DISORDERS

# SCIENCE OF BRAIN FREQUENCY™

Traumatic events, such as surgery, tumors, chemotherapy, physical injury, and emotional trauma, cause neurons to develop disorganized frequencies and slower oscillation movements leading to adverse brain functioning. These neuronal changes often develop into neurological and mental health disorders which are commonly treated with medication. However, certain medicines are addictive, produce harmful side effects, and cannot be directed to specific brain areas. Additionally, drugs do not cure the source of the problem, leaving patients to continue using medication treatments indefinitely. The Brain Frequency™ AI system offers an alternative solution. Our system targets specific impacted area(s) of the brain to promote optimal neuronal function without medication. Furthermore, patients reported experiencing positive effects after minimal Brain Frequency™ treatments.

**PREDICTIVE DIAGNOSTICS**

1

Those identified as having a specific mental health disorder are frequently misdiagnosed. Using conventional techniques and methodologies requires adequate time and accurate information for proper diagnosis. The patient providing the details may be mentally ill, drug dependent, or have recollection difficulties due to the illness, all of which affect the integrity of their responses. Brain Frequency™ overcomes such issues by objectively assessing the patient's qEEG measurements. These measurements indicate the areas of the brain that are negatively impacted. Traditional psychometric assessments are given to the patient for comparison with the objective reviews.

# HOW DOES BRAIN FREQUENCY™ DIFFER FROM TMS?

TMS treatment has traditionally been used to manage depression. However, TMS therapy does not use qEEG to tailor treatment plans to individual needs. Brain Frequency™ is an individualized approach to TMS and is more effective as each patient's brain has a unique frequency needed for optimal performance. Brain Frequency™ has dramatically improved the treatment of patients with major depressive disorders, post-traumatic stress, TBI, anxiety, addictive disorders, ADHD, sleep disorders, and OCD.

# BRAIN FREQUENCY™ DATA

**Brain Frequency™ has shown a decrease in over 70% of symptoms for executive functioning anxiety, depression, sleep disorder and concussion during a 4 year period. Psychometric Assessment scores over an 8- week period has indicated a reduction of prescription drug use and in-patient treatment center remission.**

# DO I QUALIFY?

## BRAIN FREQUENCY™ CONTRAINDICATIONS

**You should not undergo Brain Frequency™ if you have metal objects (conductive ferromagnetic or other magnetic-sensitive materials in your head or neck, have a history of seizure disorder, are pregnant, aneurysm coils, cochlear implants, ocular implants, bladder**

**stimulator, deep brain stimulator, stents, or have a pacemaker. You should inform your medical provider and BFC staff if you have any of these conditions.**

# PATIENT TESTIMONIALS



**BACK TO TOP**





Copyright © 2023 Brain Frequency™ - All Rights Reserved.

OVERVIEW

SITE MAP