# **EXHIBIT C**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wave Neuroscience, Inc., a Delaware corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Peaklogic, Inc., a Delaware corporation; and Kevin T. Murphy, M.D., a Professional Corporation, doing business as Mindset,<br><br>Defendants/Counterclaim Plaintiffs. | Case No.: 21cv1330-CAB-AGS<br><br>**CLAIM CONSTRUCTION ORDER** |

On November 10, 2022, the Court held a claim construction hearing in this matter. The terms and phrases to be construed were submitted and briefed by the parties in accordance with this District's local rules and the case management order in this case. [Doc. Nos. 47, 51, 52, 53, 61 and 62.] Having reviewed the submissions and heard the arguments of the parties, and for the reasons set forth on the record the Court enters the following constructions of the submitted terms and phrases.

////

////

////

1

The Court adopts the parties' agreed constructions as follows:

| | |
|---|---|
| Processor moves (a) an intrinsic frequency of the brain of the subject within the specified (EEG) band to a pre-selected intrinsic frequency | Shifts or alters an intrinsic frequency to be substantially the same as the pre-selected intrinsic frequency |
| Moves/moving [Q-factor/EEG phase] toward the preselected [Q-factor/EEG phase] | Shifting or altering the [Q-factor/EEG Phase] to be closer to the pre-selected [Q-factor/EEG phase] |
| Move the [Q-factor/intrinsic frequency] toward the preselected [Q-factor/intrinsic frequency] | Shifting or altering the [Q-factor/intrinsic frequency] to be closer to the pre-selected [Q-factor/intrinsic frequency] |

The Court construes the remaining disputed terms as follows:

| | |
|---|---|
| Pre-selected intrinsic frequency | A targeted intrinsic frequency chosen before treatment |
| Pre-selected Q-Factor of the intrinsic frequency | A targeted Q-Factor chosen before treatment |
| Pre-selected EEG phase of the specified EEG frequency | A targeted EEG phase chosen before treatment |
| Improves | To make or become better [the medical conditions in the claim] |
| Adjusting output of the magnetic field based on the subject's intrinsic frequency | No construction needed |
| Pre-selected frequency | A targeted frequency chosen before treatment |

**IT IS SO ORDERED.**

Dated: November 10, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

21cv1330-CAB-AGS

**Cruz, Catherine M.**

| | |
|---|---|
| **From:** | efile_information@casd.uscourts.gov |
| **Sent:** | Thursday, November 10, 2022 2:45 PM |
| **To:** | efile_information@casd.uscourts.gov |
| **Subject:** | Activity in Case 3:21-cv-01330-CAB-AGS Wave Neuroscience, Inc. v. PeakLogic, Inc. et al Order |

This message has originated from an **External Email**. efile_information@casd.uscourts.gov <efile_information@casd.uscourts.gov>:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 11/10/2022 at 2:45 PM PST and filed on 11/10/2022
**Case Name:** Wave Neuroscience, Inc. v. PeakLogic, Inc. et al
**Case Number:** 3:21-cv-01330-CAB-AGS
**Filer:**
**Document Number:** 74

**Docket Text:**
**CLAIM CONSTRUCTION ORDER. Signed by Judge Cathy Ann Bencivengo on 11/10/2022.(anh)**

**3:21-cv-01330-CAB-AGS Notice has been electronically mailed to:**

Joanne N. Davies     jdavies@buchalter.com, docket@buchalter.com, gtooley@buchalter.com

Joseph R.R. Tache     rtache@buchalter.com, ccruz@buchalter.com, docket@buchalter.com, kwolfe@buchalter.com

Roger Leonard Scott     rscott@buchalter.com, docket@buchalter.com, galfaro@buchalter.com

Benjamin C. Deming     bdeming@buchalter.com, ccruz@buchalter.com, docket@buchalter.com

Charles Alfred Blazer, II    cblazer@blazerlegal.com

Kari Lynn Barnes (Terminated)    kbarnes@buchalter.com, docket@buchalter.com, dwatanabe@buchalter.com, kwolfe@buchalter.com

Allen M. Sokal    Asokal@DCpatent.com

**3:21-cv-01330-CAB-AGS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=11/10/2022] [FileNumber=17007649
-0] [13fc00ca9474743db34256e44303badc62c8e63fcf4c88706820829cbf7e294fd
0655307baa9f70772fc8927d29c2ac4af1ba920b75832ca5a1940949dd75066]]

2