# EXHIBIT 4

The Wayback Machine - https://web.archive.org/web/20060904110832/http://merriam-webster.com:80/dictionar…



Merriam-Webster Online Dictionary





### improve

Main Entry: **im·prove**
Pronunciation: im-'prüv
Function: *verb*
Inflected Form(s): **im·proved**; **im·prov·ing**
Etymology: Middle English *improuen, emprouen,* from Anglo-French *emprouer* to make profit from, from French *en-* + *pru, prou* advantage, from Late Latin *prode* -- more at PROUD
*transitive verb*
**1** *archaic* **:** EMPLOY, USE
**2 a :** to enhance in value or quality **:** make better **b :** to increase the value of (land or property) by making it more useful for humans (as by cultivation or the erection of buildings) **c :** to grade and drain (a road) and apply surfacing material other than pavement
**3 :** to use to good purpose
*intransitive verb*
**1 :** to advance or make progress in what is desirable
**2 :** to make useful additions or amendments
- **im·prov·abil·i·ty** /(")im-"prü-v&-'bi-l&-tE/ *noun*
- **im·prov·able** /-'prü-v&-b&l/ *adjective*
- **im·prov·er** *noun*
**synonyms** IMPROVE, BETTER, HELP, AMELIORATE mean to make more acceptable or to bring nearer a standard. IMPROVE and BETTER are general and interchangeable and apply to what can be made better whether it is good or bad <measures to further *improve* the quality of medical care> <immigrants hoping to *better* their lot>. HELP implies a bettering that still leaves room for improvement <a coat of paint would *help* that house>. AMELIORATE implies making more tolerable or acceptable conditions that are hard to endure <tried to *ameliorate* the lives of people in the tenements>.

For **More Information on "improve" go to Britannica.com**

Get the **Top 10 Search Results for "improve"**

