# EXHIBIT 5

5/17/24, 11:28 AM    Case 5:23-cv-00626-XR    Document 32-10    Filed 05/17/24    Page 2 of 2
Improve | definition of improve by Medical dictionary

https://medical-dictionary.thefreedictionary.com/improve

**Apply For An Auto Loan Onli**

Save big when you work with our trusted a buying partners to find your new car.

# improvement (redirected from *improve*)

Also found in: **Dictionary**, **Thesaurus**, **Legal**, **Financial**, **Acronyms**, **Idioms**, **Encyclopedia**, **Wikipedia**.
Related to improve: **thesaurus**

### im·prove·ment (ĭm-prūv'mĕnt)

The act or process of making better.

Medical Dictionary for the Health Professions and Nursing © Farlex 2012

Advertisement. Bad banner? Please let us know Remove Ads