# EXHIBIT 3



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229

ENHANCING TREATMENT

# Effectiveness & Clinical Outcomes

A Standardized Assessment Battery for Substance Use Disorders and Mental Health Provides Evidentiary Support for Clinical Monitoring, Outcomes, Supervision and Success Forecasting.

Download White Paper  ›



## Listen to Trac9 Podcasts

**FEATURING JARED P. DEMPSEY, PH.D.**

Improved Outcomes Through Feedback-Informed Clinical Care



Latest Trac9 Podcast
LISTEN NOW

## Our Platform



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229



## Reduces Client AMA by Over 30%

Clients leaving against medical advice (AMA) presents one of the biggest challenges to providers as it creates significant financial loss and extreme risk for relapse. Trac9 Informatics deploys its proprietary predictive algorithm to identify clients most likely to seek early discharge. Upon early detection, the system notifies the clinical staff for immediate intervention.



## Standardized Science-Based Assessments for Clinical Success



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229



## Data-Driven Clinical Case Assignment

Individualized case assignment is vital to improving clinical efficacy and client outcomes. Trac9 Informatics provides data to make informed decisions based on clinician strengths and client needs. Achieving the desired outcomes is more attainable when clinicians and clients are matched effectively.

# 5M+

Individual clinical assessments administered to sharpen the predictive algorithm

Trac9



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229

Facility locations across the country committed to improving outcomes supported by science

## 36%

Real-time reductions in current facility AMA's

## Who We Work With

## Factors Assessed

Trac9 Informatics monitors client progress through nine individual factors associated with sustained, long-term recovery. The assessments include both pathology and resilience factors.





## Commitment to Sobriety

Successful sobriety involves more than just the desire not to drink or use – it also involves hard work.



## Spirituality

Spirituality can be complex and fluid, but it plays a huge role in the recovery process.



## Optimism

Assesses individual differences in generalized optimism versus pessimism.



## Quality of Life

Sobriety impacts the overall wellness in all aspects of one's physical, mental and social life.





## Depression

"Am I depressed because I rely upon substances, or do I rely upon substances because I'm depressed?"



## Anxiety

Anxiety is the reaction to stressful, dangerous, or unfamiliar situations that can interfere with leading an everyday functioning life.



## Verbal Craving

Verbal craving is the verbal manifestation of intense feelings of wanting to drink or use.



## Visual Craving

Visual cues can have a powerful ability to stimulate intense feelings of want.




☉ **Tech Support:** (888) 792-7106      **Sales & Marketing:** (833) 998-7229

## Stress

Stress is a key risk factor in addiction initiation, relapse, and maintenance of recovery.

## Comprehensive Assessments

Not only does Trac9 Informatics assess clinical symptoms, it monitors protective resilience factors. Measuring variables that best predict long-term, sustained recovery allows providers to track improvement, optimize individual treatment plans and evaluate program efficacy.

Learn More  ›





"Trac9 Informatics is the only system that allows us to scientifically validate the results of our in clinical care and truly set ourselves apart."

Tara Treatment Center



## Request a Demo

Contact us to get started. Our team will walk with you through the process.

Get started ›



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229



## Get the latest news and insights from Trac9

Your email address                                    Sign up ›



Your email address                                    Sign up ›

About        Our platform        Who we serve        Our Results        Spotlight

Tech Support: (888) 792-7106                        Sales & Marketing: (833) 998-7229

© Copyright 2024 Trac9   |   Privacy Policy   |   Terms & Conditions