# **EXHIBIT 4**



Tech Support: (888) 792-7106          Sales & Marketing: (833) 998-7229

# Spotlight: Windmill Wellness Ranch



## Epitome of excellence and integrity

Windmill Wellness Ranch was consistently soaring high in comparison to national rates, and we wanted to know why. Founder, Shannon Malish has created a prodigious substance use and mental health treatment center. Windmill Wellness Ranch is among the leading substance use treatment facilities in the nation for overall patient improvement, post outcome, and post treatment sobriety rates.

When asked why, we quickly noticed Shannon's approach is intriguingly detailed and exten Windmill Wellness Ranch focuses on treating the whole person. By working to heal the en individual, not just the addiction or behavior, they treat underlying issues, such as trauma,



Tech Support: (888) 792-7106    Sales & Marketing: (833) 998-7229

## "We're proud to be the only treatment center to offer more than just therapy to heal the mind but have pioneered the use of Brain Frequency™ to diagnose and heal imbalances in the brain."

Many people who come to Windmill Wellness Ranch arrive with an incorrect prior diagnosis, which many clinicians attribute to being a leading factor in patient relapse and drop-out. By utilizing brain imaging as a diagnostic tool alongside more traditional methods, Windmill Wellness Ranch has more than doubled their patients' chances at a recovered life, with the national SUD recovery rate being 41%. Trac9's clinical tracking software plays a huge part in not only managing this information but by allowing practitioners to access the information and use it practically. By centralizing a patient's diagnostic, clinical, and therapeutic data into a single place, Windmill Wellness Ranch has been able to dramatically improve both patient and clinical outcomes. This increased treatment and therapist efficiency provides a competitive edge for the treatment centers who look to stand out among the rest.

Shannon described early in the interview how Windmill Wellness Ranch is so invested in their innovative treatment protocols, that their improvement rates have soared beyond industry expectations and have gained such notoriety, despite their intentional lack of a marketing department. This unique fact about Windmill Wellness Ranch not having a formal marketing department and never having one speaks volumes. That being said, it remains true that Windmill Wellness Ranch is one of the top sought-after substance use clinics in the country. You might be asking yourself: How can that be? Well, when we asked Shannon Malish that question her answer was as simple as they come, "Word of mouth." When pressed for more details, Shannon described trac to us the way that she has grown her clinic's entire reputation is via word of mouth and patient-to-patient referrals. While this might seem like an unreliable marketing strategy, Shannon told us that, "If you provide unfaltering excellence, then people will take notice." Our response to Shannon "Yes, we've noticed!"

Shannon described how Windmill Wellness Ranch has not only adopted Trac9, but also utilizes it to its fullest potential, this in combination with her cutting-edge use of Brain Frequency™ results in higher patient improvement rates, more intentional and guided clinical management, and even changes in the way that they navigate daily treatments. In union with a success guaranteed for their treatment program, Windmill Wellness Ranch has far exceeded the national clinical standards and stands alone as one of the most innovative and successful recovery facilities in the country with a 94% patient sobriety rate in the first three months after discharge. Their success is not just anecdotal; they have the data to back it up.

## "At Windmill Wellness Ranch, we strive to provide our patients with the best treatments available to provide every individual

Tech Support: (888) 792-7106     Sales & Marketing: (833) 998-7229



## About Windmill Wellness Ranch

The mission of Windmill Wellness Ranch is to improve the physical, spiritual and emotional health of the individual and their family through an integrated healing system using the latest technology including Brain Frequency™, Trac9 assessment and monitoring, neuro emotional technique, Eye Movement Desensitization Reprocessing (EMDR), intensive therapy, group support, nursing, and psychiatry. Visit Windmill Wellness Ranch online for clinical excellence, positive growth, and hopeful results.



Your email address                                    Sign up  >

| About | Our platform | Who we serve | Our Results | Spotlight | f | in |

Tech Support: (888) 792-7106              Sales & Marketing: (833) 998-7229

© Copyright 2024 Trac9   |   Privacy Policy   |   Terms & Conditions