# EXHIBIT 5

The Wayback Machine - https://web.archive.org/web/20060512184013/http://merriam-webster.com:80/dictionar…





Merriam-Webster Online Dictionary



# value

27 entries found for **value**. The first 10 are listed below.
To select an entry, click on it. For more results, click here. Go

```
value[1,noun]
value[2,transitive verb]
absolute value
actual cash value
book value
breakup value
```

**Merriam-Webster Online**
◉ Dictionary
○ Thesaurus

Go

**Browse by letter:**
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z

**Browse words next to:**
value



value   Find

Main Entry: [1]**val·ue** 🔊
Pronunciation: 'val-(")yü
Function: *noun*
Etymology: Middle English, from Middle French, from (assumed) Vulgar Latin *valuta,* from feminine of *valutus,* past participle of Latin *valEre* to be worth, be strong -- more at  WIELD
**1 :** a fair return or equivalent in goods, services, or money for something exchanged
**2 :** the monetary worth of something **:** marketable price
**3 :** relative worth, utility, or importance <a good *value* at the price> <the *value* of base stealing in baseball> <had nothing of *value* to say>
**4 a :** a numerical quantity that is assigned or is determined by calculation or measurement <let *x* take on positive *values*> <a *value* for the age of the earth> **b :** precise signification <*value* of a word>
**5 :** the relative duration of a musical note
**6 a :** relative lightness or darkness of a color **:** LUMINOSITY
**b :** the relation of one part in a picture to another with respect to lightness and darkness
**7 :** something (as a principle or quality) intrinsically valuable or desirable <sought material *values* instead of human *values* -- W. H. Jones>
**8 :** DENOMINATION 2
- **val·ue·less** 🔊 /-(")yü-l&s, -y&-/ *adjective*
- **val·ue·less·ness** *noun*

For **More Information on "value" go to Britannica.com**
Get the **Top 10 Search Results for "value"**

[Pronunciation Symbols](#)

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy

© 2005-2006 Merriam-Webster, Incorporated