# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>Defendant. | Case No. 5:23-CV-00626-XR<br><br>Honorable: Xavier Rodriguez |

**DECLARATION OF J. RICK TACHÉ IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION TO STRIKE THE DECLARATION OF DR. JARED DEMPSEY**

I, J. Rick Taché, declare as follows:

1. I am an attorney duly approved to practice law in the State of California and, for purposes of this case, admitted *pro hac vice* to practice law in the State of Texas. I am a shareholder at the law firm of Buchalter, counsel for Plaintiff Wave Neuroscience, Inc. in this action. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein. This declaration is submitted in support of Plaintiff's Motion to Strike the Declaration of Dr. Jared Dempsey submitted by Brain Frequency LLC in support of its Opening Claim Construction Brief.

2. The following is a true and correct portion of Trac9.com's website, from https://trac9.com/ (last visited May 30, 2024), showing it "work[s] with" Windmill Wellness:



3.     The "Windmill Wellness" emblem in the above excerpt is hyperlinked, and when clicked, it takes you to the website for Windmill Wellness Ranch website at https://windmillwellnessranch.com/ (last visited May 30, 2024).

4.     Attached hereto as **Exhibit A** is a true and correct copy of the Texas Franchise Tax Public Information Report for Windmill Wellness Ranch LLC for the reporting year 2022, dated May 12, 2022. Below is a true and correct excerpt of the report, identifying the President and a Director as Shannon Malish and a Director as Julia Cline-Sellers:

**Texas Franchise Tax Public Information Report**
Comptroller 05-102 (Rev.9-11/30) FORM
To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements
Tcode 13196 Franchise

Taxpayer number: 32062562296
Report year: 2022

Taxpayer name: WINDMILL WELLNESS RANCH LLC
Mailing address: 26229 N CRANES MILL RD
City: CANYON LAKE   State: TX   ZIP Code: 78133
Secretary of State (SOS) file number or Comptroller file number: 0802624500

SECTION A  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| JULIA CLINE-SELLERS | DIRECTOR | ● YES | |
| Mailing address: 1267 KINGS POINT DR | City: CANYON LAKE | State: TX | ZIP: 78133 |
| SHANNON MALISH | DIRECTOR | ● YES | |
| Mailing address: 110 CLEAR POND | City: SPRING BRANCH | State: TX | ZIP: 78070 |
| SHANNON MALISH | PRESIDENT | ○ YES | |
| Mailing address: 110 CLEAR POND | City: SPRING BRANCH | State: TX | ZIP: 78070 |

5.     Attached hereto as **Exhibit B** is a true and correct copy of the Texas Franchise Tax Public Information Report for Brain Frequency LLC for the reporting year 2023, dated May 12,

2023. Below is a true and correct excerpt of the report, identifying as Members Shannon Malish and Julia Cline:



6. The following is a true and correct portion of Windmill Wellness Ranch's website, from https://windmillwellnessranch.com/ (last visited May 28, 2024), posting the results of an "independent study" by Trac9.com:

7. The following is a true and correct portion of Windmill Wellness Ranch's website, from https://windmillwellnessranch.com/about/best-outcomes-in-the-nation (last visited May 29, 2024), stating that it employs Trac9.com for tracking metrics:

> To that end, we employ meticulous independent third party tracking of our success metrics with Trac9, and have consistently found the Windmill Wellness approach surpasses those of other treatment centers.

8. From May 30 through June 4, 2024, our office met and conferred with counsel for Brain Frequency, raising perceived issues with Dr. Dempsey's Declaration concerning his lack of experience with TMS technology, that his testimony is conclusory and unsupported, and that as a result of his company's (Trac9) business relationship with Windmill Wellness ranch, his opinions are biased. Attached hereto as **Exhibit C** is a true and correct copy of the correspondences sent to and received from counsel for Brain Frequency. Those correspondences include the following:

    a. On May 30, 2024, at the request of counsel for Brain Frequency, our office provided authorities and some bases of its intended motion to strike, including that Brain Frequency had the burden of proof to demonstrate Dr. Dempsey qualifies as a POSITA, but that the record did not support a showing he possesses advanced training and experience with EEG or TMS Technology.

    b. On June 3, 2024, our office received a correspondence from counsel for Brain Frequency (John Saba Dr.) summarily stating "Dr, Dempsey is qualified to render his opinions as a POSITA" and attaching "[a]s a courtesy . . . a more detailed c.v. for [our] consideration." Attached hereto as **Exhibit D** is a true and correct copy Dr. Dempsey's revised curriculum vitae.

    c. On review, Dr. Dempsey's revised curriculum vitae included one additional entry that, on its face, might relate to TMS technology. That entry is as follows:

**ACTIVE RESEARCH PROJECTS**

Study of TMS as Addiction Treatment
Institutional Review Board:  Advarra IRB # Pro00061473
      6100 Merriweather Dr., Suite 600
      Columbia, MD 21044
Principal Investigator:  Jared P. Dempsey
Funding Dates:    May 2022 – April 2024
Status:       Data collection complete.  Publication in progress.

*See* Ex. D.

   d. On June 3, 2024, Because Dr. Dempsey's revised curriculum vitae again, on its face, does not demonstrate training and experience related to EEG or TMS technology, our office requested additional information, including: 1. The nature of the study; 2. Dr. Dempsey's role in developing the project; 3. Dr. Dempsey's involvement in running the project; 4. Hours Dr. Dempsey has worked on the project; 5. Other persons named as researchers with the project and their roles; and 5. A copy of the current draft publication for the study. The intent behind these requests was to flesh out whether the study offered by Brain Frequency as establishing Dr. Dempsey as having the necessary training and experienced actually evidenced that claim.

   e. On June 4, 2024, counsel for Brain Frequency responded, stating it had provided Dr. Dempsey's qualifications pursuant to Rule 26, and refused to provide the requested materials. Rather, counsel again summarily stated Dr. Dempsey is qualified, withholding some of the requested information on the purported bases "the information and details of the study are sensitive and confidential."

   9. Because the current state of the record does not support Dr. Dempsey as having "advanced training and experience in use of either EEG or TMS technology, and because counsel for Brain Frequency either is unable to or refuses to provide Wave with the information it believes is necessary to demonstrate Dr. Dempsey has the requisite knowledge, skill, training, or education

to opine as a POSITA, Wave finds it necessary, despite its efforts to avoid this result, to file the instant Motion to Strike.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2024.

By: _____/s/ J. Rick Taché_____
J. Rick Taché

DECLARATION OF J. RICK TACHE ISO
PLAINTIFF'S MOTION TO STRIKE