# **EXHIBIT D**

# Curriculum Vitae
# Jared P. Dempsey, Ph.D.

**Cellular**: (405) 269-3440
**E-Mail**: dempsey@recoveryscience.org
**Address**: 6405 107th, Ste 100
Lubbock, TX 79424

## CURRENT APPOINTMENT

**Chief Scientist**
Trac9.com, LLC
Lubbock, TX

## EDUCATIONAL BACKGROUND

08/07 –08/08  **NIAAA Postdoctoral Research Fellow**
Center for Drug and Alcohol Programs
Medical University of South Carolina
*Research Preceptors:* Carrie L. Randall, Ph.D.
Suzanne E. Thomas, Ph.D.

08/07  **Doctorate of Philosophy in Clinical Psychology**
Texas Tech University, Lubbock, Texas
Dissertation Title: Smoking-Cue Modulation of the Startle
Reflex and the Relationship to Stages of Change.
*Research Preceptor*:   Lee M. Cohen, Ph.D.

07/06 –08/07  **Pre-Doctoral Internship in Clinical Psychology**
Charleston Consortium Psychology Internship Program
Medical University of South Carolina
*Research Preceptors:* Carrie L. Randall, Ph.D.
Suzanne E. Thomas, Ph.D.

06/04  **Masters of Arts, Psychology**
Texas Tech University, Lubbock, Texas
Thesis Title: Predicting School Maladjustment in
Peer-Victimized Children
*Research Preceptor*: Gary D. Fireman, Ph.D.

05/02  **Bachelor of Arts, Psychology**
California State University, Long Beach, California
Honors: Cum Laude

| | |
|---|---|
| 05/00 | **Associate in Arts**<br>Orange Coast College, Costa Mesa, California<br><u>Honors:</u> Phi Alpha Mu |

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2016 – Present | Chief Scientist & Co-Founder<br>Trac9.com<br>Lubbock, TX |
| 2024 – Present | Chief Science Officer & Co-Founder<br>Recovery Science, LLC<br>Lubbock, TX |
| 2014 – 2024 | Chief Science Officer & Co-Founder<br>NLW Partners, LLC<br>Lubbock, TX |
| 2013 – 2014 | Assistant Professor<br>Addictive Disorders and Recovery Studies Program<br>Department of Community, Family, and Addiction Services<br>Texas Tech University, Lubbock, TX |
| 2011 – 2014 | Core Faculty Member<br>Doctoral Program in Clinical Psychology<br>Fielding Graduate University, Santa Barbara, CA |
| 2010 – 2011 | Director, Psychological Services & Research<br>Center for Tobacco Research and Prevention (C-TRP)<br>Seretean Wellness Center<br>Oklahoma State University, Stillwater, OK |
| 2008 – 2011 | Assistant Professor<br>Department of Psychology<br>Oklahoma State University, Stillwater, OK |
| 2007 – 2008 | Post-Doctoral Fellow<br>*Center for Drug and Alcohol Problems*<br>Medical University of South Carolina, Charleston, SC |
| 2007 – 2008 | Adjunct Faculty<br>*Department of Psychology*<br>The Citadel, Charleston, SC |

| | | |
|---|---|---|
| 2006 – 2008 | Adjunct Faculty  *Department of Psychology*  College of Charleston, Charleston, SC | |

2006 – 2008        Adjunct Faculty
                   *Department of Psychology*
                   College of Charleston, Charleston, SC

2006 – 2007        Clinical Psychology Intern
                   *National Crime Victims Center*
                   Medical University of South Carolina, Charleston, SC

2003 – 2006        Graduate Research Assistant
                   *Graduate Psychology Education Grant (HRSA)*
                   Texas Tech University, Lubbock, TX

2003 – 2006        Graduate Teaching Assistant
                   *Department of Psychology*
                   Texas Tech University, Lubbock, TX

2004 – 2006        Graduate Research Assistant & Clinical Intern
                   *Neuropsychiatry Department (Dr. Patricia Sutker)*
                   Texas Tech University Health Sciences Center, Lubbock, TX

2002 – 2004        Graduate Research Assistant
                   *Behavioral Pharmacology Laboratory (Dr. Lee Cohen)*
                   Texas Tech University, Lubbock, TX

2002 – 2004        Research Assistant
                   *Violence Prevention Laboratory (Dr. Gary Fireman)*
                   Texas Tech University, Lubbock, TX

2000 – 2002        Applied Behavioral Analysis Therapist
                   *Lovaas Institute for Early Intervention*
                   Las Angeles, CA

2000 – 2002        Information Technology Specialist
                   *Virtual Microscopy Neuroscience Laboratory*
                   California State University, Long Beach, CA

## ACTIVE RESEARCH PROJECTS

**Study of TMS as Addiction Treatment**
Institutional Review Board:  Advarra IRB # Pro00061473
   **6100 Merriweather Dr., Suite 600**
   **Columbia, MD 21044**
Principal Investigator:        **Jared P. Dempsey**
Funding Dates:                 May 2022 – April 2024
Status:                        Data collection complete.  Publication in progress.

## SERVICE ACTIVITIES

2012 – 2014      Chair, Educational Technology Committee
                 School of Psychology
                 Fielding Graduate University, Santa Barbara, CA

2005 – 2014      Editorial Board: *Journal of Psychopathology and Behavioral Assessment*

2009 – 2011      Board Member: *Tobacco & Health Advisory Board*
                 Oklahoma State University, Stillwater, OK

2009 – 2011      Faculty Advisor: *Psi Chi - The International Honor Society in Psychology*
                 Oklahoma State University, Stillwater, OK

2008 – 2010      Committee Member: The Committee to Promote Student Interest
                 *The Society for Psychophysiological Research*

2008 – 2010      Committee Member: Turskey Travel Award
                 *The Society for Psychophysiological Research*

## AWARDS/HONORS

- 2014:  Honored Faculty Mentor, Phi Beta Kappa
  Texas Tech University, Lubbock, TX
- 2009:  Supportive Faculty Award, Non-Traditional Student Organization
  *Oklahoma State University, Stillwater, OK*
- 2009:  College of Arts and Sciences Summer Research Funding and Travel
  *Oklahoma State University, Stillwater, OK*
- 2009:  College of Arts and Sciences Travel Award
  *Oklahoma State University, Stillwater, OK*
- 2008:  Minority Researcher Grantsmanship Travel Award
  *National Institute of Neurological Disorders and Stroke*
  *National Institutes of Health, Bethesda, MD*
- 2007:  Best Psychology Intern Research Paper
  *Institute of Psychiatry and Behavioral Sciences*
  *Medical University of South Carolina, Charleston, SC*
- 2006:  Exceptional Graduate Research in Clinical Psychology
  *Texas Tech University, Lubbock, TX*
- 2005:  Clay E. George Endowed Scholarship
  *Texas Tech University, Lubbock, TX*
- 02-06: Department of Psychology Competitive Scholarship (2002, 04, 05, 06)
  *Texas Tech University, Lubbock, TX*

## SECURED GRANTS & FUNDRAISING

**Functional Near-Infrared Assessment of Addiction Recovery**
Funding Agency: **The National Foundation for Collegiate Recovery**
        Southlake, TX
Principal Investigator:    **Jared P. Dempsey**
Funding Dates:    2014 – 2015
Total Direct Costs:    $94,161

**Development of a Biological Marker of Addiction**
Funding Agency: **Office of Research**
        **College of Human Sciences**
        Texas Tech University, Lubbock, TX
Principal Investigator:    **Jared P. Dempsey**
Funding Dates:    2013 – 2014
Total Direct Costs:    $5,000

**Research & Publications Associated with Smoke-Free Campus Status**
Funding Agency: **Sub Award - Tobacco Settlement Endowment Trust**
        **Seretean Wellness Center, Oklahoma State University**
        Oklahoma State University, Stillwater, Oklahoma
Principal Investigator:    **Jared P. Dempsey**
Funding Dates:    July 2010 – June 2011
Total Direct Costs:    $15,686

**Efficacy and Perception Change Associated with Smoke-Free Campus Status**
Funding Agency: **Sub Award - Tobacco Settlement Endowment Trust**
        **Seretean Wellness Center, Oklahoma State University**
        Oklahoma State University, Stillwater, Oklahoma
Principal Investigator:    **Jared P. Dempsey**
Funding Dates:    September 2009 – June 2010
Total Direct Costs:    $16,796

**Science-Based Smoking Cessation Kits for Oklahoma State University**
Funding Agency: **GlaxoSmithKline, PLC**
        Philadelphia, PA
Principal Investigator:    **Jared P. Dempsey**
Funding Date:    October 2009
Total Direct Costs:    500 GSK Quit Kits

**Kick-Tobacco: A Self-help Tobacco Cessation Kit**
Funding Agency: **Seretean Wellness Center, Oklahoma State University**
        Oklahoma State University, Stillwater, Oklahoma
Principal Investigator:    **Jared P. Dempsey**
Funding Dates:    September 2009 – June 2010
Total Direct Costs:    $6,650

**International Research Presentation Funding: Student Exposure to Science**
Location: The Society for Psychophysiological Research, Berlin, Germany
Funding Agency: **Oklahoma State University Foundation**
          Stillwater, Oklahoma
Principal Investigator:	**Jared P. Dempsey**
Funding Date:	October 2009
Total Direct Costs:	$5,000

**International Research Presentation Funding: Student Exposure to Science**
Location: The Society for Psychophysiological Research, Berlin, Germany
Funding Agency: **Office of the Vice President for Research and Technology Transfer**
          Oklahoma State University, Stillwater, Oklahoma
Principal Investigator:	**Jared P. Dempsey**
Funding Date:	October 2009
Total Direct Costs:	$5,000

## SUPERVISED GRANTS & AWARDS

**CALUE Undergraduate Research Award**
Center for Active Learning & Undergraduate Engagement, Texas Tech University
Study: Depression and PFC Activity in Addiction Recovery
Awarded Scholar:	Ryan A. Burden
Supervising Scientist:	**Jared P. Dempsey, Ph.D.**
Funding Dates:	September 2014
Total Direct Costs:	$1,080

**CALUE Undergraduate Research Award**
Center for Active Learning & Undergraduate Engagement, Texas Tech University
Study: Frontal Lobe Functioning in Successful Addiction Recovery
Awarded Scholar:	C. Jarod Herrera
Supervising Scientist:	**Jared P. Dempsey, Ph.D.**
Funding Dates:	January 2014
Total Direct Costs:	$1,080

**Morris K. Udall & Stewart L. Udall Foundation Scholarship**
Study: Culturally Sensitive Smoking Cessation Treatment for Native Americans
Awarded Scholar:	Brooke N. Hill
Supervising Scientist:	**Jared P. Dempsey, Ph.D.**
Funding Dates:	August 2010
Total Direct Costs:	$5,000

**Lew Wentz Research Scholar Award**
Study: Neurologically Assessed Smoking Cessation and the Role of Psychopathic Traits
Office of Scholar Development and Recognition, Oklahoma State University
Awarded Scholar:	Stephanie Kline

Supervising Scientist:       **Jared P. Dempsey, Ph.D.**
unding Dates:                August 2010 – July 2010
Total Direct Costs:          $4,500

**Niblack Research Scholar**
Study: Image Orientation and Physiologically-Assessed Appetitive Nature of Drug Cues
Office of the Vice President for Research and Technology, Oklahoma State University
Awarded Scholar:             Brooke N. Hill
Supervising Scientist:       **Jared P. Dempsey, Ph.D.**
Funding Dates:               August 2009 – July 2010
Total Direct Costs:          $10,100


**Lew Wentz Research Scholar Award**
Study: Depression Severity as a Moderating Variable in Drug Cue Appetitive Responding
Office of Scholar Development and Recognition, Oklahoma State University
Awarded Scholar:             David E. Lovett
Supervising Scientist:       **Jared P. Dempsey, Ph.D.**
Funding Dates:               August 2009 – July 2010
Total Direct Costs:          $4,500

**Lew Wentz Research Scholar Award**
Study: Electromyography Assessed Gastric Impairment in Recovered Eating Disorders
Office of Scholar Development and Recognition, Oklahoma State University
Awarded Scholar:             Devon E. Eldridge
Supervising Scientist:       **Jared P. Dempsey, Ph.D.**
Funding Dates:               August 2009 – July 2010
Total Direct Costs:          $4,500

## GRANT SUBMISSIONS & ACTIVITY

**Contingency Management and Prefrontal Cortex Activation Changes in Alcohol Use Disorder: Delay Discounting as a Mechanism of Change.**
Funding Agency: **National Institute on Alcohol Abuse and Alcoholism (PA-15-301)**
Role: **Co-PI**
Proposed Funding Dates: 2015-2017
Total Project Funds Requested: $275,000
Status: Under Review

**A Bio-Behavioral Model of Financial Misbehavior Drawing from Behavioral Theories of Incentive Salience and Personality Theories of Empathy.**
Funding Agency: **National Science Foundation (Proposal 14-0027)**
            Interdisciplinary Behavioral and Social Science Research (IBSS)
Role: **Subcontracting PI**
Proposed Funding Dates: 2014-2016
Requested Subcontract Funds: $45,000

Total Project Funds Requested: $203,850
Status:  Unfunded

**National Science Foundation (Proposal 7216806)**
Functional Near-Infrared Spectroscopy Assessment of Reading Acquisition in Hispanic Children
Role: **Co-PI**
Proposed Funding Dates: 2012-2013
Requested Funds: $500,000
Status:  Rejected for review due to administrative error during FastLane submission

**Sarkeys Foundation**
Study: Mobile Mental Health for Rural Populations
Role: **PI/Applicant**
Proposed Funding Dates: 2009-2011
Requested Funds: $371,305
Status:  Selected for Funding.  All projects funds diverted for funding round.

**The Foundation for Alcohol Research (ABMRF)**
Study: Psychological Response to Drug Cues as Treatment Effect in Alcohol Dependence
Role: **PI/Applicant**
Proposed Funding Dates: 2009-2011
Requested Funds: $250,000
Status:  Scored, Unfunded

**Oklahoma Center for the Advancement of Science & Technology (OCAST)**
Study: A New Test of Smoking Cessation Treatment Effectiveness
Role: **PI/Applicant**
Proposed Funding Dates: 2009-2012
Requested Funds: $230,000
Status:  Unfunded

**National Institute on Alcohol Abuse & Alcoholism (NIH NIAAA 1 R21AA018165-01)**
Psychological Response to Drug Cues as Treatment Effect in Alcohol Dependence
Role: **PI/Applicant**
Proposed Funding Dates: 2009-2011
Requested Funds: $250,000
Status:  Scored, Unfunded

## PROFESSIONAL AFFILIATIONS

- American Psychological Association

- Division of Psychopharmacology and Substance Abuse: American Psychological Association
- Research Society on Alcoholism
- Sigma Xi – The Scientific Research Society
- Society for Psychophysiological Research

## PUBLICATIONS (Peer-Refereed)

Rodriguez-Menendez, G., **Dempsey, J.P.**, Albizu, T., Power, S., & Wilkerson, M.C. (2017). Faculty and Student Perceptions of Clinical Training Experiences in Professional Psychology. *Training and Education in Professional Psychology*, 11(1): 1-9.

**Dempsey, J.P.**, Harris, K.S., Shumway, S.T., Kimball, T.G., Herrera, J.C., Bradshaw, S., Dsauza, C.M. (2015). Functional Near Infrared Spectroscopy as a Potential Biological Assessment of Addiction Recovery: Preliminary Findings. *The American Journal of Drug and Alcohol Abuse,* 41(2):119-26.

Lechner, W., Grant, D., Meier, E., Mills, A., Judah, M., & **Dempsey, J.P.** (2014). The Influence of Stress on the Affective Modulation of the Startle Response to Nicotine Cues. *Applied Psychophysiology and Biofeedback, 39*(3-4), 279-285. doi: 10.1007/s10484-014-9266-5

**Dempsey, J. P.**, Cohen, L. M., Watson, N. L., Lechner, W. V., Hobson, V. L., & Smith, K. (2011). The Association of Blood Pressure and the Risk of Alcohol Use Disorders Among Smokers: Implications for Screening and Treatment. *Alcoholism Treatment Quarterly, 29*(2), 123-131.

**Dempsey, J. P.**, & Cohen, L. M. (2010). Commentary on Hajek et al. (2010): Investigating the stress reduction in smoking cessation. *Addiction, 105*(8), 1472-1473.

Book, S. W., Thomas, S. E., **Dempsey, J. P.**, Randall, P. K., & Randall, C. L. (2009). Social anxiety impacts willingness to participate in addiction treatment. *Addictive Behaviors*, 34(5), 474-476.

**Dempsey, J. P.**, Randall, P. K., Thomas, S. E., Book, S. W., & Carrigan, M. H. (2009). Treatment of social anxiety with paroxetine: mediation of changes in anxiety and depression symptoms. *Comprehensive Psychiatry, 50*(2), 135-141.

**Dempsey, J. P.**, Back, S. E., Waldrop, A. E., Jenkins, L., & Brady, K. T. (2008). The Influence of Monetary Compensation on Relapse among Addicted Participants: Empirical vs. Anecdotal Evidence. *American Journal on Addictions, 17*(6), 488 - 490.

Morrell, H. E. R., Cohen, L. M., & **Dempsey, J. P.** (2008). Smoking prevalence and awareness among undergraduate and health care students. *The American Journal on Addictions*, 17(3), 181-186.

**Dempsey, J. P.**, Cohen, L. M., Hobson, V. L., & Randall, P. K. (2007). Appetitive nature of drug cues re-confirmed with physiological measures and the potential role of stage of change. *Psychopharmacology, 194*(2), 253-260.

**Dempsey, J. P.**, Fireman, G. D., & Wang, E. M. (2006). Transitioning out of peer victimization in school children: gender and behavioral characteristics. *Journal of Psychopathology and Behavioral Assessment,* 28(4), 271-280.

## PUBLICATIONS (Non-Refereed)

Davis, M., Duncan, N., & **Dempsey, J. P.** (2011) International Drug Policies: Sanctions and Economic Assistance. In M. Kleiman & J. Howard (Eds.), *Encyclopedia of Drug Policy: The War on Drugs Past and Present*. Thousand Oaks, Calif.: Sage Publications.

Ardrey, T., Hill, B.N., Kline, S. & **Dempsey, J. P.** (2011) Oklahoma Drug Law & Policy. In M. Kleiman & J. Howard (Eds.), *Encyclopedia of Drug Policy: The War on Drugs Past and Present*. Thousand Oaks, Calif.: Sage Publications.

Ardrey, T., Hill, B.N., Kline, S. & **Dempsey, J. P.** (2011). Presidential Commission on Narcotics and Drug Abuse. In M. Kleiman & J. Howard (Eds.), *Encyclopedia of Drug Policy: The War on Drugs Past and Present*. Thousand Oaks, Calif.: Sage Publications.

**Dempsey, J. P.** (2009, December 01). Consultation in oral surgery & medicine: Quitting chewing tobacco - The Great American Spit-out. *Dear Doctor*, 3, 54-55.

Amstadter, A. B., **Dempsey, J. P.**, Watson, N. L., & Hubel, G. S. (2009). Co-occurring anxiety disorders and substance use disorders. In G. L. Fisher & N. A. Roget (Eds.), *Encyclopedia of substance abuse prevention, treatment, and recovery*. Thousand Oaks, Calif.: Sage Publications.

**Dempsey, J. P.**, Amstadter, A. B., Hubel, G. S., & Watson, N. L. (2009). Cognitive behavioral therapy in substance use disorders. In G. L. Fisher & N. A. Roget (Eds.), *Encyclopedia of substance abuse prevention, treatment, and recovery*. Thousand Oaks, Calif.: Sage Publications.

Hobson, V. L., & **Dempsey, J. P.** (2009). Alcohol related birth defects. In G. L. Fisher & N. A. Roget (Eds.), *Encyclopedia of substance abuse prevention, treatment, and recovery*. Thousand Oaks, Calif.: Sage Publications.

**Dempsey, J. P.**, Fireman, G. D., & Fireman, S. E. (2005). Elder neglect. In S. Gelman, L. Marigolds, A. Huston, M. Zimmerman, M. E. Lachman, W. Dunn, T. Saxon, J. Raths, R. Thompson & M. Thompson (Eds.), *The Encyclopedia of Human Development*. Thousand Oaks, CA: SAGE Publications.

**PROFESSIONAL PRESENTATIONS**

**Dempsey, J. P.** (2024, March). Transparent Review of Suboxone, Marijuana, and Factors of Successful Treatment Program. Keynote Address at the Springboard Conference on Addiction, Midland, TX.

**Dempsey, J. P.** (2019, October). The Importance of Standardized Assessments: Predicting Treatment Failure and Success. Keynote Address at the Oklahoma Drug & Alcohol Professional Counselor Association Annual Conference, Norman, OK.

McCabe, P., **Dempsey, J. P.**, King, B., & Yingst (2019, August), J. Vaping and Smoking Cessation – Can You Use an E-Cig to Quit Smoking? Do Treatment Programs offer them as an alternative or should they be banned? Symposium conducted at the National Conference on Addiction Disorders – East, Baltimore, MD.

**Dempsey, J. P.** & Rauber, R. (2019, April). The Importance of Collegiate and Young Adult Substance Use Disorder Treatment in the Justice System. Symposium at the Texas Association of Specialty Courts Annual Conference, Galveston, TX.

**Dempsey, J. P.** (2019, April). The Importance of Standardized Assessments & Outcomes for Successful Addiction Recovery. Keynote Address at the Annual Conference of Texas Association of Addiction Professionals, Fort Worth, TX.

Harris, K. S. & **Dempsey, J. P.** (2016, April). Resilience, Recovery, and Neuroscience: Why Collegiate Recovery Works. Symposium conducted at the 7th Annual National Collegiate Recovery Conference, Atlanta, GA.

Rodriguez-Menendez, G., **Dempsey, J. P.**, Albizu, T., Bridges-Power, S., & Haldeman, D. (2015, August). Innovations in the Science and Art of Clinical Supervision. Symposium conducted at the Annual Convention of the American Psychological Association, Toronto, ON, Canada.

Laban, M. & **Dempsey, J. P.** (2014, August). Assessment of ADHD in Clinical Practice. Poster presented at the Annual Convention of the American Psychological Association, Washington, D.C.

**Dempsey, J. P.** (2014, April). The Neuroscience of Addiction and Recovery. Invited guest presentation at Kennesaw State University's Center for Young Adult Addiction and Recovery's Pathway to Understanding Conference, Kennesaw, GA.

**Dempsey, J. P.** (2014, February). Addiction Recovery and Advances in Biological Markers. Invited guest presentation at Texas Tech University's Addiction Recovery Conference, Lubbock, TX.

VanderVeen, J., Watson, N. L., Sawyer, H., Hanft, A., **Dempsey, J. P.**, & Cohen, L. (2010, November). The influence of binge drinking and impulsivity on cue response among nicotine dependent college students. Poster presented at the 44th Annual Convention of the Association for Behavioral and Cognitive Therapies, San Francisco, CA.

Eldridge, E. D., **Dempsey, J. P.**, Chee, L., Kline, S. & Cavett, C. (2010, October). The Effects of Eating Disorders on Gastric Motility. Poster accepted for presentation at the annual meeting of the Society for Psychophysiological Research, Portland, Oregon.

**Dempsey, J. P.** (2010, July 16th). The college smoker, mental health, and current advances in tobacco research techniques. Invited Presentation for the Oklahoma State Regents for Higher Education and Community Partners – Tobacco Free College Symposium, Midwest City, OK.

Claborn, K. R., **Dempsey, J. P.**, Jaquez, S. D., Junghans, A. N., Hill, B. N., Lechner, W. V., Cohen, L.M. & al'Absi, Mustafsa (2009, October). Cotinine as a potential predictor of increased anxiety during nicotine withdrawal. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Eldridge, E. D., **Dempsey, J. P.**, Hughes, S.T., Lovett, D. E., Hornyik, C. D. & Cohen, L.M. (2009, October). Social deviance and startle modulation: Different results for different measures of psychopathy. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Hornyik, C. D., **Dempsey, J. P.**, Lovett, D. E., Eldridge, E. D., Junghans, A. N., Grigsby, R. G., Hill, B. N., Abramson C. I. & Cohen, L. M. (2009, October). Affective range vs. mean: A novel method for understanding atypical affective modulation of the startle reflex. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Jaquez, S. D., **Dempsey, J. P.**, Junghans, A. N., Claborn, K. R., Kaplan, J. M., Lechner, W. V. & Cohen, L.M. (2009, October). Cardiovascular activity and process of change in nicotine withdrawal. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Junghans, A. N., **Dempsey, J. P.**, Claborn, K. R., Jaquez, S.D., Lovett, D. E., Grigsby, R. G., Lechner, W. V., & Cohen, L.M. (2009, October). Independent contribution of anxiety in nicotine withdrawal-induced cardiac deceleration. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Lovett, D. E., **Dempsey J. P.**, Hornyik, C. D., Junghans, A. N., Eldridge, E. D., Kaplan, J. M. & Cohen, L. M. (2009, October). Atypical affective modulation of startle and symptoms of depression. Poster presented at the annual meeting of the Society for Psychophysiological Research, Berlin, Germany.

Junghans, A. E., Lovett, D. E., Eldridge, E. D., Grant, D. M. & **Dempsey, J. P.** (2009, November). Smoking to cope with social anxiety: A preliminary investigation. Poster presented at the annual convention of the Association for Behavioral and Cognitive Therapies, New York, NY.

**Dempsey, J. P.**, (2009, June). Federal grant navigation and funding opportunities for students. Invited workshop presented to the American Indians Into Psychology program, Oklahoma State University, Stillwater, OK.

Hobson, V. L., **Dempsey, J. P.**, Cohen, L. M. & Watson, N.L. (2008) Blood Pressure is Associated with Risk of Alcohol use Disorder in Smoking College Students. Poster presented at the annual meeting of the Society for Psychophysiological Research, Austin, Texas.

**Dempsey, J. P.**, Thomas, S. E. & Randall, C. L. (2007) Drinking to cope before, during, and after social events: Gender differences in socially anxious alcoholics. *Alcoholism-Clinical and Experimental Research*, 31(6), 41A.

Bacchi, D. R., McDougal, K. M. & **Dempsey, J. P.** (2006, November) Utilization of quit kits among tobacco-using college students. Poster presented at the annual convention of the American Public Health Association, Boston, Massachusetts.

**Dempsey, J. P.**, Hobson, V. L., Cohen, L. M. & Bacchi D. R. (2006, October) Appetitive nature of smoking-cues reconfirmed with physiological measures: The role of stage of change. Poster presented at the annual meeting of the Society for Psychophysiological Research, Vancouver, BC, Canada.

Hobson, V. L., **Dempsey, J. P.**, Cohen, L. M., Bacchi, D. R. & Jaeger, M. L. (2006, October) Order influences by picture type in affective modulation of the startle reflex: Does randomization remove all influence? Poster presented at the annual meeting of the Society for Psychophysiological Research, Vancouver, BC, Canada.

Humphreys, J., **Dempsey, J. P.**, Sutker, P. B. & O'Bryant, S. E. (2006, September) Convergent validity of the repeatable battery for the assessment of neuropsychological status in a memory disorder clinic sample. *Archives of Clinical Neuropsychology*, 21(6), 557-558.

Silva, M. E., Humphreys, J., **Dempsey, J. P.**, Sutker, P. B. & O'Bryant, S. E. (2006, September) Test-retest reliability of the repeatable battery for the assessment of neuropsychological status in a memory disorder clinic sample. *Archives of Clinical Neuropsychology*, 21(6), 560-561.

**Dempsey, J. P.**, Hobson, V. L., Rhodes, A. A., Harris, J. E., Kerr, L. A. & Cohen, L. M. (2005, November) Differences in cortisol production at varying levels of nicotine deprivation. Poster presented at the annual convention of the Texas Psychological Association, Houston, Texas.

**Dempsey, J. P.**, Davis, K. E., Hobson, V. L., Cohen, L. M. & Borrego, J. R. (2005, November). Changes in perception of underserved populations through a behavioral medicine practicum experience: The graduate psychology education program. Poster presented at the annual convention of the Association for Behavioral and Cognitive Therapies, Washington, DC.

## **PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| 09/14 | Invited Reviewer: *Motivation & Emotion* |
| 12/13 | Invited Reviewer: *Nicotine & Tobacco Research* |
| 02/12 | Invited Reviewer: *Psychopharmacology* |
| 09/11 | Invited Reviewer: *American Journal on Addictions* |
| 11/10 | Invited Reviewer: *Nicotine & Tobacco Research* |
| 09/10 | Invited Reviewer: *Addiction* |
| 08/10 | Invited Reviewer: *Addiction* |
| 08/10 | Invited Reviewer: *Psychiatry Research* |
| 05/10 | Invited Reviewer: *Psychophysiology* |
| 04/10 | Invited Reviewer: *Addiction* |
| 04/10 | Invited Reviewer: *American Journal on Addictions* |
| 12/09 | Invited Reviewer: *Addiction* |
| 12/09 | Invited Reviewer: *Psychiatry Research* |
| 11/09 | Invited Reviewer: *Addiction* |
| 11/09 | Invited Reviewer: *American Journal on Addictions* |
| 09/09 | Invited Reviewer: *American Journal on Addictions* |
| 09/09 | Invited Reviewer: *Addiction* |
| 07/09 | Invited Reviewer: *European Psychiatry* |
| 06/09 | Invited Reviewer: *European Psychiatry* |

| | |
|---|---|
| 12/08 | Invited Reviewer: *Journal of Studies on Alcohol and Drugs* |
| 12/08 | Invited Reviewer: *American Journal on Addictions* |
| 07/08 | Invited Reviewer: *American Journal on Addictions* |
| 03/08 | Professional Development Workshop for Diversity Investigators National Institute on Neurological Disorders and Stroke, WA, DC. |
| 10/07 | NIAAA Postdoctoral Fellow Training Workshop, Indianapolis, IN |
| 03/07 | Invited Reviewer: *Journal of Consulting and Clinical Psychology* |
| 06/05 | Invited Reviewer: *Journal of Abnormal Psychology* |
| 04/05 | Invited Reviewer: *Journal of Psychopathology and Behavioral Assessment* |