# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WAVE NEUROSCIENCE, INC., A DELAWARE CORPORATION; *Plaintiff* | § § § § § § § § | Case No.  SA-23-CV-00626-XR |
| vs. | | |
| BRAIN FREQUENCY LLC; WINDMILL WELLNESS RANCH LLC; *Defendants* | | |

## ORDER RE-SETTING *MARKMAN* HEARING

Due to a scheduling conflict, the claim construction in this matter is re-set for **October 10, 2024** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** this 23rd day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE