UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC.; *Plaintiff*, § § § | |
| v. § § | Civil Action No. SA-23-CV-00626-XR |
| BRAIN FREQUENCY LLC; *Defendant*. § § § | |

### ORDER RE-SETTING *MARKMAN* HEARING

Due to a scheduling conflict, the claim construction in this matter is re-set for **October 30, 2024** at **9:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance.

It is so **ORDERED**.

**SIGNED** this 2nd day of October, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE