# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>    Defendant. | Case No. 5:23-CV-00626<br><br>Honorable:<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1. **INFRINGEMENT OF UNITED STATES PATENT NO. 8,926,490**<br>2. **INFRINGEMENT OF UNITED STATES PATENT NO. 9,015,057**<br>3. **INFRINGEMENT OF UNITED STATES PATENT NO. 10,029,111**<br>4. **INFRINGEMENT OF UNITED STATES PATENT NO. 11,311,741**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Plaintiff Wave Neuroscience, Inc a Delaware Corporation.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: October 29, 2024

Respectfully submitted,

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, L.L.P.
102 N. College, Suite 800

2

Tyler, Texas 75702<br>
Telephone: (903) 934-8450<br>
Facsimile: (903) 934-9257<br>
Email: tom@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 29th day of October 2024, with a copy of this document via the Court's CM/ECF system.

/s/ <i>Andrew T. Gorham</i><br>
Andrew Thompson ("Tom") Gorham