UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>Defendant. | Case No. 5:23-CV-00626-XR<br><br>Honorable: Xavier Rodriguez |

**ORDER GRANTING UNOPPOSED MOTION OF CATHERINE MANESS TO WITHDRAW AS COUNSEL FOR PLAINTIFF WAVE NEUROSCIENCE, INC.**

Before the Court is Plaintiff Wave Neuroscience, Inc.'s Unopposed Motion of Catherine Maness to Withdraw as Counsel for Plaintiff Wave Neuroscience, Inc. Having considered the same, the Court is of the opinion the motion should be GRANTED. IT IS THEREFORE ORDERED that Catherine Maness with the law firm of Buchalter is withdrawn as counsel of record for Plaintiff. The CLERK is directed to terminate all CM/ECF notifications as to Catherine Maness for this action.

DATED: January ___, 2025

_____
Honorable Xavier Rodriguez