UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BRAIN FREQUENCY LLC, et al. <br><br> *Defendants*. | Civil Action No. 5:23-cv-00626-XR |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Jonathan P. Hersey, hereby enters an Appearance as counsel of record on behalf of Plaintiff Wave Neuroscience, Inc. in this case and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Plaintiff.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Jonathan P. Hersey*
Jonathan P. Hersey
(admitted *pro hac vice*)
Cal. Bar No. 189240
K&L Gates LLP
1 Park Plaza, 12th Floor
Irvine, CA 92614
Tel.: (949) 253-0900
jonathan.hersey@klgates.com

*Attorney for Plaintiff*
*Wave Neuroscience, Inc.*

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 14, 2025, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Jonathan Hersey*
Jonathan Hersey