UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WAVE NEUROSCIENCE, INC. a Delaware Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>BRAIN FREQUENCY LLC, a Texas Limited Liability Company<br><br>   Defendant. | Case No. 5:23-CV-00626-XR |

**JOINT MOTION TO AMEND SCHEDULE**

Plaintiff Wave Neuroscience, Inc. ("Wave Neuroscience" or "Plaintiff") and Defendant Brain Frequency LLC ("Brain Frequency" or "Defendant") respectfully submit this joint motion to amend the scheduling order entered in this case. Attached hereto as Exhibit A are the parties' agreed amended scheduling recommendations.

Under the current scheduling order (Dkt. 25), trial is set for August 11, 2025. The parties request that trial be reset for October 14, 2025, or in the alternative December 8, 2025, and that the other dates in the agreed amended scheduling recommendations be adopted as well. The amended schedule is not sought for purposes of delay, but rather for good cause.

DATED: February 19, 2025    Respectfully submitted,

/s/ Matthew Blair
Matthew Blair
Texas Bar No. 24109648
Matthew.Blair@klgates.com
**K&L GATES LLP**
2801 Vía Fortuna, Suite 650
Austin, Texas 78746
Telephone: (512) 482-6800

Jonathan Hersey
*Pro hac vice*
Jonathan.Hersey@klgates.com
**K&L GATES LLP**
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: (949) 253-0900

*Attorneys for Plaintiff*
*WAVE NEUROSCIENCE, INC.*

/s/ John D. Saba, Jr. (*with consent*)
John D. Saba, Jr.
Texas State Bar No. 24037415
Jack A. Simms, Jr.
Texas State Bar No. 24100378
Matthew K. Gates
Texas State Bar No. 24069770
WITTLIFF | CUTTER PLLC
510 Baylor Street
Austin, Texas 7870
Telephone: (512) 960-4388
Facsimile: (512) 960-4869
Email: john@wittliffcutter.com
Email: jack@wittliffcutter.com
Email: matt@wittliffcutter.com

William M. Parrish
Texas State Bar No. 15540325
Henning Schmidt
Texas State Bar No. 24060569
STRADLING YOCCA
CARLSON & RAUTH
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 788-5020
Email: bparrish@stradlinglaw.com
Email: hschmidt@stradlinglaw.com

*Attorneys for Defendant*
*BRAIN FREQUENCY LLC*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff Wave Neuroscience and counsel for Defendant Brain Frequency conferred by email correspondence on February 18, 2025, and both agreed to this joint motion.

/s/ Matthew Blair
Matthew Blair

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on February 19, 2025.

/s/ Matthew Blair
Matthew Blair